IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INNOVATIVE DISPLAY TECHNOLOGIES LLC<br><br>       Plaintiff,<br>  v.<br><br>ACER INC., et al.,<br><br>       Defendants. | CASE NO.  2:13-CV-00522-JRG<br><br>**LEAD CASE**[1]<br><br>JURY DEMANDED |

**DEFENDANTS' NOTICE OF SERVICE OF
INVALIDITY CONTENTIONS PURSUANT TO PATENT RULE 3-3**

Notice is hereby given that Defendants Acer Inc., Acer America Corporation, Dell Inc., Hewlett-Packard Company, Huawei Investment and Holding Co., Ltd., Huawei Technologies Co., Ltd., Huawei Device USA Inc., BlackBerry Corporation, BlackBerry Limited, and Microsoft Corporation (collectively, "Defendants"), served their Invalidity Contentions on Plaintiff Innovative Display Technologies LLC on February 14, 2014, pursuant to Local Patent Rule 3-3.

Dated: February 18, 2014           Respectfully submitted,

                               WINSTON & STRAWN, LLP

                               By: */s/ Peter J. Chassman*
                                    Kimball R. Anderson
                                    Illinois Bar No. 00049980
                                    35 W. Wacker Drive
                                    Chicago, Illinois  60601-9703
                                    Telephone:   (312) 558-5858
                                    Facsimile:    (312) 558-5700
                                    Email:  kanderson@winston.com

---

[1] The following cases have been consolidated for pre-trial purposes: 2:13-cv-522-JRG; 2:13-cv-523-RSP; 2:13-cv-524-JRG; 2:13-cv-525-JRG; 2:13-cv-526-JRG; and 2:13-cv-783-JRG.

Peter J. Chassman
Texas Bar No. 00787233
Phillip D. Price
Texas Bar No. 24060442
WINSTON & STRAWN, LLP
1111 Louisiana, 25th Floor
Houston, Texas 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700
Email: pchassman@winston.com
Email: pprice@winston.com

Deron R. Dacus
Texas Bar No. 00790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
Facsimile: (903) 705-1117
Email: ddacus@dacusfirm.com

**COUNSEL FOR DEFENDANT, DELL INC. AND ON BEHALF OF ACER INC., ACER AMERICA CORPORATION, DELL INC., HEWLETT-PACKARD COMPANY, HUAWEI INVESTMENT AND HOLDING CO., LTD., HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA INC., BLACKBERRY CORPORATION, BLACKBERRY LIMITED, AND MICROSOFT CORPORATION**

WS01523045

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 18th day of February, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Peter J. Chassman*
Peter J. Chassman
