# Exhibit D

**U.S. Patent No. 4,945,350 to Kawamura (the '350 Patent)**

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| **1.** A light emitting assembly comprising | The '350 Patent discloses a light emitting assembly.<br><br>*See* Patent Generally.<br><br>*See also* Abstract; FIGS. 1, 2, 3, 4, 6, 7, 8, 9, 10, 11, 12. |
| at least one light source, | The '350 Patent discloses at least one light source.<br><br>"FIGS. 1 and 2 show one example of the liquid crystal display units of the prior art in which a reflection plate is used. In these figures, a well-known liquid crystal display panel 1 comprises a liquid crystal 2 enclosed by the side plates 3 and 4 and upper and lower transparent plates 5 and 6. The predetermined number of scanning electrodes 15 (FIG. 5) of transparent conductive thin strips are formed on one of the facing surfaces of upper and lower transparent plates 5 and 6, and the predetermined number of signaling electrodes 16 (FIG. 5) of transparent conductive thin strips are formed on the other of the facing surfaces so that these electrodes 15 and 16 are in a matrix shape.<br><br>Liquid crystal display panel 1 further includes a upper polarizing plate 7 formed on the upper surface of transparent plate 5 and a lower polarizing plate 8 formed on the lower surface of transparent plate 6. On the lower surface of polarizing plate 8, a reflecting plate 9 is provided for reflecting the light beam transmitting through liquid crystal display panel 1.<br><br>A substrate 10 carries a driving circuit which drives liquid crystal display panel 1. The circuit and display panel 1 are interconnected by cables 11 and 12."<br>Col. 1:13-35. |

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| | "In FIGS. 6 and 7 showing one embodiment of the present invention, the reference numerals 1-8, 10, 11 and 12 designate like parts in the prior art. The reference numeral 20 designates a planar backlight source which comprises two cold-cathode fluorescent lamps 21 and 22 and a light-guiding plate 23. One cold-cathode fluorescent lamp 21 is disposed in a groove formed in one side wall of light-guiding member 23, and the other cold-cathode fluorescent lamp 22 is disposed in a groove formed in the other side wall of light-guiding member 23. Light-guiding plate 23 is monobloc-molded out of acrylic resin and has a concave portion on each of the upper and lower surfaces in order to enhance uniformity of the brightness. <br><br> Backlight source 20 is positioned between substrate 10 and a light-diffusing plate 24 provided on the rear surface of lower polarizing plate 8. Light-diffusing plate 24 is formed such that one or both of the upper and lower surfaces of plate 24 are rugged in order to diffuse the light from light-guiding plate 23. The light beam emitted by fluorescent lamps 21 and 22 illuminates light-diffusing plate 24 uniformly by the light-guiding function of guiding member 23. In short, backlight source 20 provides for a planar light source for illuminating liquid crystal display panel 1 with uniform brightness. Light-guiding plate 23 and cold-cathode fluorescent lamps 21 and 22 are supported by a casing 25 made out of white plastic. Casing 25 operates as a reflecting plate in order to utilize the light from fluorescent lamps 21 and 22 as efficiently as possible." <br> Col. 4:18-48. <br><br> "In case of integrating a backlight source constructed as explained above and having more thickness than five millimeters, flexible cables, for example, those of a thermal-pressure-welding type, can be used because the length of such cables can be set arbitrarily. FIG. 8 shows |

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
|  | another embodiment of the liquid crystal display units according to the present invention in which flexible cables 26 and 27 of a thermal-pressure-welding type are employed to interconnect liquid crystal display panel 1 and substrate 10 carrying the driving circuit for display panel 1. In this figure, reference numerals 1-8, 10 and 20-25 respectively designate like parts shown in FIGS. 1-7.<br><br>By using such thermal-pressure-welding type flexible cables 26 and 27 which length can be set arbitrarily, it is possible to provide the liquid crystal display unit with backlight source 20 having more thickness than five millimeters and comprising cold-cathode fluorescent lamps 21 and 22 and light-guiding member 23, and to provide a liquid crystal display unit free of disconnection and having a sufficient display quality for identifying characters and/or images in a dark or dim place. Hereafter, explanations will be made on matters common to both embodiments as described above.<br><br>FIG. 9 shows a plan view of planar backlight source 20 contained in casing 25. Two fluorescent lamps 21 and 22 and light-guiding plate 23 are supported and held within casing 25. As light-guiding plate 23 is constructed such as to be taken out of casing 25, fluorescent lamps can be exchanged by removing light-guiding plate 23.<br><br>As shown in FIGS. 10 and 11, casing 25 which contains planar backlight source 20 is fastened with liquid crystal display panel 1 by a plurality of holders 28. The casing 25 and display panel 1 thus fastened together are incorporated with the display unit by means of mounting holes 25' (FIG. 9). When one or two fluorescent lamps are to be exchanged, firstly, display panel 1 and casing 25 are taken out of the unit, secondly, planar backlight source is removed by detaching holders 28, and thirdly, light-guiding plate 23 is taken off from casing 25." Col. 5:14-55 |

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| | "In both embodiments as shown in FIGS. 6, 7 and 8, the display unit employs planar backlight source 20 comprising fluorescent lamps 21 and 22 and light-guiding plate 23, as shown in FIG. 9, for illuminating display panel 1 with uniform brightness. Instead of such a planar backlight source, it is possible to use various kinds of planar light sources capable of illuminating the display panel uniformly. FIGS. 13a, 13b and 13c show some examples of such planar light sources. In FIGS. 13a and 13b, a fluorescent lamp is formed to have a meandering shape. FIG. 13c depicts a fluorescent lamp having a zigzag discharge path 31 formed between the electrodes 32 and 33 by partitioning the hermetically sealed space in a zigzag shape by a plurality of partition walls 34, 35 and 36." Col. 6:5-19. <br><br> FIG. 1. (PRIOR ART) <br><br> FIG. 1. |

**Invalidity Claim Chart for U.S. Patent No. 8,215,816**                                       **Exhibit G-6**

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| |  FIG. 2.   FIG. 6. |

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| | FIG. 7.<br><br>FIG. 8. |

**Invalidity Claim Chart for U.S. Patent No. 8,215,816**                                    **Exhibit G-6**

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| | <br>FIG. 9.<br><br>FIG. 10. |

**Invalidity Claim Chart for U.S. Patent No. 8,215,816**                          **Exhibit G-6**

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
|  | <br><br>FIG. 11. |
| a light emitting panel member having at least one input edge for receiving light from the light source and a light emitting surface, | The '350 Patent discloses a light emitting panel member having at least one input edge for receiving light from the light source and a light emitting surface.<br><br>"FIGS. 1 and 2 show one example of the liquid crystal display units of the prior art in which a reflection plate is used. In these figures, a well-known liquid crystal display panel 1 comprises a liquid crystal 2 enclosed by the side plates 3 and 4 and upper and lower transparent plates 5 and 6. The predetermined number of scanning electrodes 15 (FIG. 5) of transparent conductive thin strips are formed on one of the facing surfaces of upper and lower transparent plates 5 and 6, and the predetermined number of signaling electrodes 16 (FIG. 5) of transparent conductive thin strips are formed on the other of the facing surfaces so that these electrodes 15 and 16 are in a matrix shape.<br><br>Liquid crystal display panel 1 further includes a upper polarizing plate 7 formed on the upper surface of transparent plate 5 and a lower polarizing plate 8 formed on the lower surface of transparent plate 6. On the lower surface of polarizing plate 8, a reflecting plate 9 is provided for reflecting the light beam transmitting through liquid crystal display panel 1. |

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| | A substrate 10 carries a driving circuit which drives liquid crystal display panel 1. The circuit and display panel 1 are interconnected by cables 11 and 12."<br>Col. 1:13-35.<br><br>"In FIGS. 6 and 7 showing one embodiment of the present invention, the reference numerals 1-8, 10, 11 and 12 designate like parts in the prior art. The reference numeral 20 designates a planar backlight source which comprises two cold-cathode fluorescent lamps 21 and 22 and a light-guiding plate 23. One cold-cathode fluorescent lamp 21 is disposed in a groove formed in one side wall of light-guiding member 23, and the other cold-cathode fluorescent lamp 22 is disposed in a groove formed in the other side wall of light-guiding member 23. Light-guiding plate 23 is monobloc-molded out of acrylic resin and has a concave portion on each of the upper and lower surfaces in order to enhance uniformity of the brightness.<br><br>Backlight source 20 is positioned between substrate 10 and a light-diffusing plate 24 provided on the rear surface of lower polarizing plate 8. Light-diffusing plate 24 is formed such that one or both of the upper and lower surfaces of plate 24 are rugged in order to diffuse the light from light-guiding plate 23. The light beam emitted by fluorescent lamps 21 and 22 illuminates light-diffusing plate 24 uniformly by the light-guiding function of guiding member 23. In short, backlight source 20 provides for a planar light source for illuminating liquid crystal display panel 1 with uniform brightness. Light-guiding plate 23 and cold-cathode fluorescent lamps 21 and 22 are supported by a casing 25 made out of white plastic. Casing 25 operates as a reflecting plate in order to utilize the light from fluorescent lamps 21 and 22 as efficiently as possible."<br>Col. 4:18-48. |

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| | "In case of integrating a backlight source constructed as explained above and having more thickness than five millimeters, flexible cables, for example, those of a thermal-pressure-welding type, can be used because the length of such cables can be set arbitrarily. FIG. 8 shows another embodiment of the liquid crystal display units according to the present invention in which flexible cables 26 and 27 of a thermal-pressure-welding type are employed to interconnect liquid crystal display panel 1 and substrate 10 carrying the driving circuit for display panel 1. In this figure, reference numerals 1-8, 10 and 20-25 respectively designate like parts shown in FIGS. 1-7.<br><br>By using such thermal-pressure-welding type flexible cables 26 and 27 which length can be set arbitrarily, it is possible to provide the liquid crystal display unit with backlight source 20 having more thickness than five millimeters and comprising cold-cathode fluorescent lamps 21 and 22 and light-guiding member 23, and to provide a liquid crystal display unit free of disconnection and having a sufficient display quality for identifying characters and/or images in a dark or dim place. Hereafter, explanations will be made on matters common to both embodiments as described above.<br><br>FIG. 9 shows a plan view of planar backlight source 20 contained in casing 25. Two fluorescent lamps 21 and 22 and light-guiding plate 23 are supported and held within casing 25. As light-guiding plate 23 is constructed such as to be taken out of casing 25, fluorescent lamps can be exchanged by removing light-guiding plate 23.<br><br>As shown in FIGS. 10 and 11, casing 25 which contains planar backlight source 20 is fastened with liquid crystal display panel 1 by a plurality of holders 28. The casing 25 and display panel 1 thus fastened together are incorporated with the display unit by means of mounting holes 25' (FIG. 9). When one or two fluorescent lamps are to be |

10

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| | exchanged, firstly, display panel 1 and casing 25 are taken out of the unit, secondly, planar backlight source is removed by detaching holders 28, and thirdly, light-guiding plate 23 is taken off from casing 25." Col. 5:14-55 <br><br> "In both embodiments as shown in FIGS. 6, 7 and 8, the display unit employs planar backlight source 20 comprising fluorescent lamps 21 and 22 and light-guiding plate 23, as shown in FIG. 9, for illuminating display panel 1 with uniform brightness. Instead of such a planar backlight source, it is possible to use various kinds of planar light sources capable of illuminating the display panel uniformly. FIGS. 13a, 13b and 13c show some examples of such planar light sources. In FIGS. 13a and 13b, a fluorescent lamp is formed to have a meandering shape. FIG. 13c depicts a fluorescent lamp having a zigzag discharge path 31 formed between the electrodes 32 and 33 by partitioning the hermetically sealed space in a zigzag shape by a plurality of partition walls 34, 35 and 36." Col. 6:5-19. <br><br>  <br><br> FIG. 1. |

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| | <br><br>FIG. 2.<br><br><br><br>FIG. 6. |

**Invalidity Claim Chart for U.S. Patent No. 8,215,816**　　　　　　　　　　　　　　　　**Exhibit G-6**

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| |  FIG. 7. <br><br>  FIG. 8. |

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| |  FIG. 9.<br><br>FIG. 10. |

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| |  FIG. 11. |
| a tray or housing having a cavity or recess in which the panel member is entirely received, | The '350 Patent discloses a tray or housing having a cavity or recess in which the panel member is entirely received.

"In FIGS. 6 and 7 showing one embodiment of the present invention, the reference numerals 1-8, 10, 11 and 12 designate like parts in the prior art. The reference numeral 20 designates a planar backlight source which comprises two cold-cathode fluorescent lamps 21 and 22 and a light-guiding plate 23. One cold-cathode fluorescent lamp 21 is disposed in a groove formed in one side wall of light-guiding member 23, and the other cold-cathode fluorescent lamp 22 is disposed in a groove formed in the other side wall of light-guiding member 23. Light-guiding plate 23 is monobloc-molded out of acrylic resin and has a concave portion on each of the upper and lower surfaces in order to enhance uniformity of the brightness.

Backlight source 20 is positioned between substrate 10 and a light-diffusing plate 24 provided on the rear surface of lower polarizing plate 8. Light-diffusing plate 24 is formed such that one or both of the upper and lower surfaces of plate 24 are rugged in order to diffuse the light from light-guiding plate 23. The light beam emitted by fluorescent lamps 21 and 22 illuminates light-diffusing plate 24 uniformly by the light-guiding function of guiding member 23. In short, backlight source |

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| | 20 provides for a planar light source for illuminating liquid crystal display panel 1 with uniform brightness. Light-guiding plate 23 and cold-cathode fluorescent lamps 21 and 22 are supported by a casing 25 made out of white plastic. Casing 25 operates as a reflecting plate in order to utilize the light from fluorescent lamps 21 and 22 as efficiently as possible." Col. 4:18-48.

"In case of integrating a backlight source constructed as explained above and having more thickness than five millimeters, flexible cables, for example, those of a thermal-pressure-welding type, can be used because the length of such cables can be set arbitrarily. FIG. 8 shows another embodiment of the liquid crystal display units according to the present invention in which flexible cables 26 and 27 of a thermal-pressure-welding type are employed to interconnect liquid crystal display panel 1 and substrate 10 carrying the driving circuit for display panel 1. In this figure, reference numerals 1-8, 10 and 20-25 respectively designate like parts shown in FIGS. 1-7." Col. 5:14-26.

"FIG. 9 shows a plan view of planar backlight source 20 contained in casing 25. Two fluorescent lamps 21 and 22 and light-guiding plate 23 are supported and held within casing 25. As light-guiding plate 23 is constructed such as to be taken out of casing 25, fluorescent lamps can be exchanged by removing light-guiding plate 23.

As shown in FIGS. 10 and 11, casing 25 which contains planar backlight source 20 is fastened with liquid crystal display panel 1 by a plurality of holders 28. The casing 25 and display panel 1 thus fastened together are incorporated with the display unit by means of mounting holes 25' (FIG. 9). When one or two fluorescent lamps are to be exchanged, firstly, display panel 1 and casing 25 are taken out of the |

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
|  | unit, secondly, planar backlight source is removed by detaching holders 28, and thirdly, light-guiding plate 23 is taken off from casing 25." Col. 5:38-55 <br><br>  <br> FIG. 6. <br><br>  <br> FIG. 7. |

**Invalidity Claim Chart for U.S. Patent No. 8,215,816**                                   **Exhibit G-6**

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| | <br>FIG. 8.<br><br>FIG. 9. |

**Invalidity Claim Chart for U.S. Patent No. 8,215,816**                                    **Exhibit G-6**

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| |  FIG. 10. <br><br>  FIG. 11. |
| wherein the panel member has a pattern of light extracting deformities on or in at least one surface to cause light to be emitted from the light emitting surface of the panel member, | The '350 Patent discloses a the panel member that has a pattern of light extracting deformities on or in at least one surface to cause light to be emitted from the light emitting surface of the panel member. <br><br> "In FIGS. 6 and 7 showing one embodiment of the present invention, the reference numerals 1-8, 10, 11 and 12 designate like parts in the prior art. The reference numeral 20 designates a planar backlight source which comprises two cold-cathode fluorescent lamps 21 and 22 and a |

**Invalidity Claim Chart for U.S. Patent No. 8,215,816**                                                   **Exhibit G-6**

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| | light-guiding plate 23. One cold-cathode fluorescent lamp 21 is disposed in a groove formed in one side wall of light-guiding member 23, and the other cold-cathode fluorescent lamp 22 is disposed in a groove formed in the other side wall of light-guiding member 23. Light-guiding plate 23 is monobloc-molded out of acrylic resin and has a concave portion on each of the upper and lower surfaces in order to enhance uniformity of the brightness. <br><br> Backlight source 20 is positioned between substrate 10 and a light-diffusing plate 24 provided on the rear surface of lower polarizing plate 8. Light-diffusing plate 24 is formed such that one or both of the upper and lower surfaces of plate 24 are rugged in order to diffuse the light from light-guiding plate 23. The light beam emitted by fluorescent lamps 21 and 22 illuminates light-diffusing plate 24 uniformly by the light-guiding function of guiding member 23. In short, backlight source 20 provides for a planar light source for illuminating liquid crystal display panel 1 with uniform brightness. Light-guiding plate 23 and cold-cathode fluorescent lamps 21 and 22 are supported by a casing 25 made out of white plastic. Casing 25 operates as a reflecting plate in order to utilize the light from fluorescent lamps 21 and 22 as efficiently as possible." <br> Col. 4:18-48. |

**Invalidity Claim Chart for U.S. Patent No. 8,215,816**                    **Exhibit G-6**

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| | FIG. 6.<br><br>FIG. 7. |

**Invalidity Claim Chart for U.S. Patent No. 8,215,816**                    **Exhibit G-6**

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| | <br>FIG. 8.<br><br>FIG. 9. |

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
|  |  FIG. 10. |
| end edge reflectors and side edge reflectors, | The '350 Patent discloses end edge reflectors and side edge reflectors. "In FIGS. 6 and 7 showing one embodiment of the present invention, the reference numerals 1-8, 10, 11 and 12 designate like parts in the prior art. The reference numeral 20 designates a planar backlight source which comprises two cold-cathode fluorescent lamps 21 and 22 and a light-guiding plate 23. One cold-cathode fluorescent lamp 21 is disposed in a groove formed in one side wall of light-guiding member 23, and the other cold-cathode fluorescent lamp 22 is disposed in a groove formed in the other side wall of light-guiding member 23. Light-guiding plate 23 is monobloc-molded out of acrylic resin and has a concave portion on each of the upper and lower surfaces in order to enhance uniformity of the brightness. Backlight source 20 is positioned between substrate 10 and a light-diffusing plate 24 provided on the rear surface of lower polarizing plate 8. Light-diffusing plate 24 is formed such that one or both of the upper and lower surfaces of plate 24 are rugged in order to diffuse the light from light-guiding plate 23. The light beam emitted by fluorescent |

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| | lamps 21 and 22 illuminates light-diffusing plate 24 uniformly by the light-guiding function of guiding member 23. In short, backlight source 20 provides for a planar light source for illuminating liquid crystal display panel 1 with uniform brightness. Light-guiding plate 23 and cold-cathode fluorescent lamps 21 and 22 are supported by a casing 25 made out of white plastic. Casing 25 operates as a reflecting plate in order to utilize the light from fluorescent lamps 21 and 22 as efficiently as possible." <br> Col. 4:18-48. <br><br>  <br> FIG. 6. |

**Invalidity Claim Chart for U.S. Patent No. 8,215,816**                     **Exhibit G-6**

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
|  |  FIG. 7.  FIG. 8. |

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| | <br><br>FIG. 9. |
| | <br><br>FIG. 10. |
| and an additional component overlying the panel member, | The '350 Patent discloses an additional component overlying the panel member.<br><br>"In FIGS. 6 and 7 showing one embodiment of the present invention, the reference numerals 1-8, 10, 11 and 12 designate like parts in the prior art. The reference numeral 20 designates a planar backlight source |

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| | which comprises two cold-cathode fluorescent lamps 21 and 22 and a light-guiding plate 23. One cold-cathode fluorescent lamp 21 is disposed in a groove formed in one side wall of light-guiding member 23, and the other cold-cathode fluorescent lamp 22 is disposed in a groove formed in the other side wall of light-guiding member 23. Light-guiding plate 23 is monobloc-molded out of acrylic resin and has a concave portion on each of the upper and lower surfaces in order to enhance uniformity of the brightness.<br><br>Backlight source 20 is positioned between substrate 10 and a light-diffusing plate 24 provided on the rear surface of lower polarizing plate 8. Light-diffusing plate 24 is formed such that one or both of the upper and lower surfaces of plate 24 are rugged in order to diffuse the light from light-guiding plate 23. The light beam emitted by fluorescent lamps 21 and 22 illuminates light-diffusing plate 24 uniformly by the light-guiding function of guiding member 23. In short, backlight source 20 provides for a planar light source for illuminating liquid crystal display panel 1 with uniform brightness. Light-guiding plate 23 and cold-cathode fluorescent lamps 21 and 22 are supported by a casing 25 made out of white plastic. Casing 25 operates as a reflecting plate in order to utilize the light from fluorescent lamps 21 and 22 as efficiently as possible."<br>Col. 4:18-48.<br><br>"FIG. 9 shows a plan view of planar backlight source 20 contained in casing 25. Two fluorescent lamps 21 and 22 and light-guiding plate 23 are supported and held within casing 25. As light-guiding plate 23 is constructed such as to be taken out of casing 25, fluorescent lamps can be exchanged by removing light-guiding plate 23.<br><br>As shown in FIGS. 10 and 11, casing 25 which contains planar backlight source 20 is fastened with liquid crystal display panel 1 by a |

**Invalidity Claim Chart for U.S. Patent No. 8,215,816**                                    **Exhibit G-6**

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| | plurality of holders 28. The casing 25 and display panel 1 thus fastened together are incorporated with the display unit by means of mounting holes 25' (FIG. 9). When one or two fluorescent lamps are to be exchanged, firstly, display panel 1 and casing 25 are taken out of the unit, secondly, planar backlight source is removed by detaching holders 28, and thirdly, light-guiding plate 23 is taken off from casing 25." Col. 5:38-55<br><br><br><br>FIG. 6. |

**Invalidity Claim Chart for U.S. Patent No. 8,215,816**                    **Exhibit G-6**

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| |  FIG. 7. <br><br> FIG. 8. |

**Invalidity Claim Chart for U.S. Patent No. 8,215,816**                    **Exhibit G-6**

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| | <br>FIG. 9.<br><br>FIG. 10. |

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| | <br>FIG. 11. |
| wherein the panel member has a greater width than height, and | The '350 Patent discloses a panel member has a greater width than height.<br><br>"In FIGS. 6 and 7 showing one embodiment of the present invention, the reference numerals 1-8, 10, 11 and 12 designate like parts in the prior art. The reference numeral 20 designates a planar backlight source which comprises two cold-cathode fluorescent lamps 21 and 22 and a light-guiding plate 23. One cold-cathode fluorescent lamp 21 is disposed in a groove formed in one side wall of light-guiding member 23, and the other cold-cathode fluorescent lamp 22 is disposed in a groove formed in the other side wall of light-guiding member 23. Light-guiding plate 23 is monobloc-molded out of acrylic resin and has a concave portion on each of the upper and lower surfaces in order to enhance uniformity of the brightness.<br><br>Backlight source 20 is positioned between substrate 10 and a light-diffusing plate 24 provided on the rear surface of lower polarizing plate 8. Light-diffusing plate 24 is formed such that one or both of the upper and lower surfaces of plate 24 are rugged in order to diffuse the light from light-guiding plate 23. The light beam emitted by fluorescent lamps 21 and 22 illuminates light-diffusing plate 24 uniformly by the light-guiding function of guiding member 23. In short, backlight source |

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
|  | 20 provides for a planar light source for illuminating liquid crystal display panel 1 with uniform brightness. Light-guiding plate 23 and cold-cathode fluorescent lamps 21 and 22 are supported by a casing 25 made out of white plastic. Casing 25 operates as a reflecting plate in order to utilize the light from fluorescent lamps 21 and 22 as efficiently as possible."<br>Col. 4:18-48.<br><br>"In case of integrating a backlight source constructed as explained above and having more thickness than five millimeters, flexible cables, for example, those of a thermal-pressure-welding type, can be used because the length of such cables can be set arbitrarily. FIG. 8 shows another embodiment of the liquid crystal display units according to the present invention in which flexible cables 26 and 27 of a thermal-pressure-welding type are employed to interconnect liquid crystal display panel 1 and substrate 10 carrying the driving circuit for display panel 1. In this figure, reference numerals 1-8, 10 and 20-25 respectively designate like parts shown in FIGS. 1-7.<br><br>By using such thermal-pressure-welding type flexible cables 26 and 27 which length can be set arbitrarily, it is possible to provide the liquid crystal display unit with backlight source 20 having more thickness than five millimeters and comprising cold-cathode fluorescent lamps 21 and 22 and light-guiding member 23, and to provide a liquid crystal display unit free of disconnection and having a sufficient display quality for identifying characters and/or images in a dark or dim place. Hereafter, explanations will be made on matters common to both embodiments as described above.<br><br>FIG. 9 shows a plan view of planar backlight source 20 contained in casing 25. Two fluorescent lamps 21 and 22 and light-guiding plate 23 are supported and held within casing 25. As light-guiding plate 23 is |

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| | constructed such as to be taken out of casing 25, fluorescent lamps can be exchanged by removing light-guiding plate 23.<br><br>As shown in FIGS. 10 and 11, casing 25 which contains planar backlight source 20 is fastened with liquid crystal display panel 1 by a plurality of holders 28. The casing 25 and display panel 1 thus fastened together are incorporated with the display unit by means of mounting holes 25' (FIG. 9). When one or two fluorescent lamps are to be exchanged, firstly, display panel 1 and casing 25 are taken out of the unit, secondly, planar backlight source is removed by detaching holders 28, and thirdly, light-guiding plate 23 is taken off from casing 25."<br>Col. 5:14-55<br><br><br><br>FIG. 6. |

**Invalidity Claim Chart for U.S. Patent No. 8,215,816**                                   **Exhibit G-6**

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| | <br><br>FIG. 7.<br><br>FIG. 8. |

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| | <br>FIG. 10. |
| the light input edge has a refractive surface that redirects the light output distribution of the light source more in the width direction as the light enters the panel member. | The '350 Patent discloses a light input edge has a refractive surface that redirects the light output distribution of the light source more in the width direction as the light enters the panel member.<br><br>"In FIGS. 6 and 7 showing one embodiment of the present invention, the reference numerals 1-8, 10, 11 and 12 designate like parts in the prior art. The reference numeral 20 designates a planar backlight source which comprises two cold-cathode fluorescent lamps 21 and 22 and a light-guiding plate 23. One cold-cathode fluorescent lamp 21 is disposed in a groove formed in one side wall of light-guiding member 23, and the other cold-cathode fluorescent lamp 22 is disposed in a groove formed in the other side wall of light-guiding member 23. Light-guiding plate 23 is monobloc-molded out of acrylic resin and has a concave portion on each of the upper and lower surfaces in order to enhance uniformity of the brightness.<br><br>Backlight source 20 is positioned between substrate 10 and a light-diffusing plate 24 provided on the rear surface of lower polarizing plate 8. Light-diffusing plate 24 is formed such that one or both of the upper |

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
|  | and lower surfaces of plate 24 are rugged in order to diffuse the light from light-guiding plate 23. The light beam emitted by fluorescent lamps 21 and 22 illuminates light-diffusing plate 24 uniformly by the light-guiding function of guiding member 23. In short, backlight source 20 provides for a planar light source for illuminating liquid crystal display panel 1 with uniform brightness. Light-guiding plate 23 and cold-cathode fluorescent lamps 21 and 22 are supported by a casing 25 made out of white plastic. Casing 25 operates as a reflecting plate in order to utilize the light from fluorescent lamps 21 and 22 as efficiently as possible." Col. 4:18-48.  FIG. 6. |

**Invalidity Claim Chart for U.S. Patent No. 8,215,816**                    **Exhibit G-6**

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| | <br><br>FIG. 7.<br><br><br><br>FIG. 8. |

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| |   FIG. 9.    FIG. 10. |
| **3.** The assembly of claim **1,** wherein the end edge reflectors and the side edge reflectors are on end walls and side walls of the tray or housing. | The '350 Patent discloses end edge reflectors and the side edge reflectors that are on end walls and side walls of the tray or housing.  "In FIGS. 6 and 7 showing one embodiment of the present invention, the reference numerals 1-8, 10, 11 and 12 designate like parts in the prior art. The reference numeral 20 designates a planar backlight source |

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| | which comprises two cold-cathode fluorescent lamps 21 and 22 and a light-guiding plate 23. One cold-cathode fluorescent lamp 21 is disposed in a groove formed in one side wall of light-guiding member 23, and the other cold-cathode fluorescent lamp 22 is disposed in a groove formed in the other side wall of light-guiding member 23. Light-guiding plate 23 is monobloc-molded out of acrylic resin and has a concave portion on each of the upper and lower surfaces in order to enhance uniformity of the brightness.<br><br>Backlight source 20 is positioned between substrate 10 and a light-diffusing plate 24 provided on the rear surface of lower polarizing plate 8. Light-diffusing plate 24 is formed such that one or both of the upper and lower surfaces of plate 24 are rugged in order to diffuse the light from light-guiding plate 23. The light beam emitted by fluorescent lamps 21 and 22 illuminates light-diffusing plate 24 uniformly by the light-guiding function of guiding member 23. In short, backlight source 20 provides for a planar light source for illuminating liquid crystal display panel 1 with uniform brightness. Light-guiding plate 23 and cold-cathode fluorescent lamps 21 and 22 are supported by a casing 25 made out of white plastic. Casing 25 operates as a reflecting plate in order to utilize the light from fluorescent lamps 21 and 22 as efficiently as possible."<br>Col. 4:18-48. |

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| |  FIG. 6. <br> FIG. 7. |

**Invalidity Claim Chart for U.S. Patent No. 8,215,816**                    **Exhibit G-6**

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| |  FIG. 8. <br><br> FIG. 9. |

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| | <br>FIG. 10. |
| **4.** The assembly of claim **1,** wherein the light source comprises one or more LEDs. | This reference combined with the '855 patent<br><br>To the extent that Plaintiff alleges that this reference does not disclose this element, one of ordinary skill in the art would have been motivated to combine this reference any other reference in this Exhibit which discloses this limitation.  For example, one of ordinary skill in the art would have been motivated to combine this reference with U.S. Patent No. 5,453,855 to Nakamura et al. ('the '855 patent) as charted separately in this Exhibit G to these Invalidity Contentions.  The teachings of these references show that they are in the same field of backlighting and display technology and that each aims to solve the same general problem of controlling the light distribution, brightness, and efficiency of the display.  Because the references are in the same field, address the same technology, and are intended to solve the same general problem, one of ordinary skill in the art would have found it obvious to combine the references, rendering the asserted patent obvious.  Further motivation to combine these references may be found in the cover pleading served together with this chart. |

| U.S. Patent No. 8,215,816 B2 | '350 Patent |
|---|---|
| | This reference combined with other references teaching backlighting with LEDs |
| | To the extent that Plaintiff alleges that this reference does not disclose this element, one of ordinary skill in the art would have been motivated to combine this reference any other reference in this Exhibit which discloses backlighting with LEDs.  For example, one of ordinary skill in the art would have been motivated to combine this reference *Super Thin Backlight for Liquid Crystal Displays*, Satoshi Honda, Sanken Technical Report Vol. 25, No. 1 (1993) as charted separately in the Exhibits to these Invalidity Contentions.  The teachings of these references show that they are in the same field of backlighting and display technology and that each aims to solve the same general problem of controlling the light distribution, brightness, and efficiency of the display.  Because the references are in the same field, address the same technology, and are intended to solve the same general problem, one of ordinary skill in the art would have found it obvious to combine the references, rendering the asserted patent obvious.  Further motivation to combine these references may be found in the cover pleading served together with this chart. |