Exhibit G

**Invalidity Claim Chart for U.S. Patent No. 7,404,660**                                                           **Exhibit D-16**

**Japanese Unexamined Patent Application Publication No. H5-196820, Toshijiro Ohashi et al. (H5-196820)**

| U.S. Patent No. 7,404,660 B2 | H5-196820 |
|---|---|
| **1.** A light emitting panel assembly comprising: | The H5-196820 Reference discloses a light emitting panel assembly.<br><br>"To provide a backlight light guide plate for a lighting device used in a liquid crystal display device or the like, the backlight light guide plate having a structure in which a light guide plate for guiding light is provided on the back of a liquid crystal panel and tubular illumination lamps are provided at the end parts on one or both sides…"  Abstract; Figs 2 and 3.<br><br><br>FIG. 2 |

**Invalidity Claim Chart for U.S. Patent No. 7,404,660**                                    **Exhibit D-16**

| U.S. Patent No. 7,404,660 B2 | H5-196820 |
|---|---|
| | FIG. 3<br><br> |
|    a generally planar optical conductor having at least one input edge with a greater cross-sectional width than thickness; and | The H5-196820 Reference discloses a generally planar optical conductor having at least one input edge with a greater cross-sectional width than thickness.<br><br>"As illustrated in FIG. 2, one conventional example uses a structure in which a transparent plate called a light guide plate 4 is installed and a rod-shaped light 2 such as a fluorescent lamp is fixed with adhesive tape 5 or the like to the outside of the light guide plate 4."  Paragraph [0002], lines 11-16 of the H5-196820 Reference |

| U.S. Patent No. 7,404,660 B2 | H5-196820 |
|---|---|
|  |  FIG. 2<br><br>"A light guide plate 4 is placed beneath the diffuser plate 2, and rod-shaped fluorescent lamps 2 are attached on the left and right sides thereof (only one side is shown; the other end is symmetrical)." Paragraph [0017], lines 9-13 of the H5-196820 Reference<br><br>FIG. 3<br> |

**Invalidity Claim Chart for U.S. Patent No. 7,404,660**                    **Exhibit D-16**

| U.S. Patent No. 7,404,660 B2 | H5-196820 |
|---|---|
| | Further, this element is inherent to a person of skill in the art reading the H5-196820 Reference. |
| a plurality of light sources configured to generate light having an output distribution defined by a greater width component than height component, the light sources positioned adjacent to the input edge, thereby directing light into the optical conductor; | The H5-196820 Reference discloses a plurality of light sources configured to generate light having an output distribution defined by a greater width component than height component, the light sources positioned adjacent to the input edge, thereby directing light into the optical conductor.<br><br>"A light guide plate 4 is placed beneath the diffuser plate 2, and rod-shaped fluorescent lamps 2 are attached on the left and right sides thereof (only one side is shown; the other end is symmetrical). The lamps are not necessarily fluorescent lamps as long as they are illumination tubes with roughly uniform brightness in the longitudinal direction. The attachment positions of the fluorescent lamps 2 may be on the left and right or on the top and bottom as long as the positions are two opposing sides of the light guide plate 4, and the attachment position may also be on one of the four sides of the light guide plate 4." Paragraph [0017], lines 9-20 of the H5-196820 Reference<br><br>"At the attachment positions of the fluorescent lamps 2 at the end parts of the light guide plate 4, two sets of pairs of V-shaped claws 10 are provided for each fluorescent lamp in order to position the fluorescent lamps 2. The fluorescent lamps 2 are positioned by being pressed into the claws 10 and are fixed to the light guide plate 4 with adhesive tape 5." Paragraph [0018] of the H5-196820 Reference |

**Invalidity Claim Chart for U.S. Patent No. 7,404,660**                                                    **Exhibit D-16**

| U.S. Patent No. 7,404,660 B2 | H5-196820 |
|---|---|
| | 

FIG. 3

"FIG. 5 illustrates an example of the shape of the attachment parts of the fluorescent lamp 2 on the light guide plate 4. In this example, two sets of pairs of claws 10 forming V-shaped grooves are provided. As illustrated in the cross-sectional view of FIG. 5(b), the fluorescent lamp 2 is adhered to these claws 2 [sic: should be "10"] and accurately positioned and fixed to the light guide plate 4 by the adhesive tape 5. FIG. 6 illustrates another example of the shape of the attachment parts, wherein the fluorescent lamp 2 is positioned by U-shaped grooves, as illustrated in the cross-sectional view of FIG. 6(b). The radius of the U-grooves is set so as to be slightly larger than the outside diameter of the fluorescent lamp 2." Paragraph [0021] of the H5-196820 Reference |

| U.S. Patent No. 7,404,660 B2 | H5-196820 |
|---|---|
|  |  FIG. 5 <br><br> FIG. 6 <br><br> Further, this element is inherent to a person of skill in the art reading the H5-196820 Reference. |
| the optical conductor having at least one output region | The H5-196820 Reference discloses an optical conductor having at least |

| U.S. Patent No. 7,404,660 B2 | H5-196820 |
|---|---|
| and a predetermined pattern of deformities configured to cause light to be emitted from the output region, | one output region and a predetermined pattern of deformities configured to cause light to be emitted from the output region.<br><br>"In order to achieve these objects, the present invention is a structure for a backlight illumination device of a liquid crystal display device, wherein a light guide body (a transparent plate for guiding light) is provided on the back of a liquid crystal panel, and rod-shaped illumination lamps are placed on one or both sides thereof. Multiple narrow slanting surfaces are provided on the back surface of the light guide body so that light incident from the illumination lamps is reflected toward the front, and the sizes and arrangement of the slanting surfaces are inversely proportional to the amount of light arriving from the illumination lamps." Paragraph [0009], lines 1-11 of the H5-196820 Reference<br><br><br>FIG. 3<br><br>"FIG. 4 illustrates the cross-sectional shape of the light guide plate 4, but multiple long, narrow slanting surfaces 20 are formed on the lower surface thereof at an appropriate spacing density, and a reflective film |

| U.S. Patent No. 7,404,660 B2 | H5-196820 |
|---|---|
| | 21 formed from a metal or the like is adhered to the outer surface thereof. The shapes of the reflecting surfaces are uniform in the longitudinal direction of the fluorescent lamps 2, and the width W is approximately 0.05 to 0.4 mm. The slope θ is determined so that light incident from the fluorescent lamp 2 provided on the right end of the light guide plate 4 advances as illustrated in FIG. 3 and is projected in a direction roughly perpendicular to the upper surface 8 of the light guide plate 4 by the slanting surfaces 20 and the reflective film 21. In addition, when the spacing density is defined as P, the value is set so that the value of W/P is inversely proportional to the intensity of the incident light at that location. This light intensity may not be a uniform value due to the influence of the shape of the attachment portions of the fluorescent lamps 2 or the material of the light guide plate 4. When the conditions are met and the values are uniform, the value of W/P may be the same value over the entire region." Paragraph [0019] of the H5-196820 Reference<br><br>FIG. 4<br> |
| the optical conductor having a transition region disposed between the light source and the output region. | The H5-196820 Reference discloses an optical conductor having a transition region disposed between the light source and the output region. |

Invalidity Claim Chart for U.S. Patent No. 7,404,660                                    **Exhibit D-16**

| U.S. Patent No. 7,404,660 B2 | H5-196820 |
|---|---|
|  | "A light guide plate 4 is placed beneath the diffuser plate 2, and rod-shaped fluorescent lamps 2 are attached on the left and right sides thereof (only one side is shown; the other end is symmetrical). The lamps are not necessarily fluorescent lamps as long as they are illumination tubes with roughly uniform brightness in the longitudinal direction. The attachment positions of the fluorescent lamps 2 may be on the left and right or on the top and bottom as long as the positions are two opposing sides of the light guide plate 4, and the attachment position may also be on one of the four sides of the light guide plate 4." Paragraph [0017], lines 9-20 of the H5-196820 Reference<br><br>"The fluorescent lamps 2 are positioned by being pressed into the claws 10 and are fixed to the light guide plate 4 with adhesive tape 5." Paragraph [0018], lines 4-6 of the H5-196820 Reference<br><br><br>FIG. 3<br><br>To a person of skill in the art, as shown in Fig.3, the transition region (red block) is between the light source and the output region of the |

9

| U.S. Patent No. 7,404,660 B2 | H5-196820 |
|---|---|
| | optical conductor. |
| **3.** The assembly of claim **1** wherein the transition region is integral with the optical conductor. | The H5-196820 Reference discloses an assembly wherein the transition region is integral with the optical conductor.<br><br>"A light guide plate 4 is placed beneath the diffuser plate 2, and rod-shaped fluorescent lamps 2 are attached on the left and right sides thereof (only one side is shown; the other end is symmetrical). The lamps are not necessarily fluorescent lamps as long as they are illumination tubes with roughly uniform brightness in the longitudinal direction. The attachment positions of the fluorescent lamps 2 may be on the left and right or on the top and bottom as long as the positions are two opposing sides of the light guide plate 4, and the attachment position may also be on one of the four sides of the light guide plate 4." Paragraph [0017], lines 9-20 of the H5-196820 Reference<br><br>"The fluorescent lamps 2 are positioned by being pressed into the claws 10 and are fixed to the light guide plate 4 with adhesive tape 5." Paragraph [0018], lines 4-6 of the H5-196820 Reference |

**Invalidity Claim Chart for U.S. Patent No. 7,404,660**                                   **Exhibit D-16**

| U.S. Patent No. 7,404,660 B2 | H5-196820 |
|---|---|
| |  FIG. 3<br><br>To a person of skill in the art, as shown in Fig.3, the transition region (red block) is integral with the optical conductor. |
| **10.** The assembly of claim **1** wherein the transition region and the output region of the optical conductor have substantially the same thickness. | The H5-196820 Reference discloses an assembly wherein the transition region and the output region of the optical conductor have substantially the same thickness.<br><br>"A light guide plate 4 is placed beneath the diffuser plate 2, and rod-shaped fluorescent lamps 2 are attached on the left and right sides thereof (only one side is shown; the other end is symmetrical). The lamps are not necessarily fluorescent lamps as long as they are illumination tubes with roughly uniform brightness in the longitudinal direction. The attachment positions of the fluorescent lamps 2 may be on the left and right or on the top and bottom as long as the positions are two opposing sides of the light guide plate 4, and the attachment position may also be on one of the four sides of the light guide plate 4." Paragraph [0017], lines 9-20 of the H5-196820 Reference |

| U.S. Patent No. 7,404,660 B2 | H5-196820 |
|---|---|
|  | "The fluorescent lamps 2 are positioned by being pressed into the claws 10 and are fixed to the light guide plate 4 with adhesive tape 5." Paragraph [0018], lines 4-6 of the H5-196820 Reference<br><br>FIG. 3<br><br><br><br>To a person of skill in the art, as shown in Fig.3, the transition region (red block) and the output region of the optical conductor have substantially the same thickness. |
| **16.** The assembly of claim **1** wherein the light sources are focused light sources. | The H5-196820 Reference discloses an assembly wherein the light sources are focused light sources.<br><br>"…[T]ubular illumination lamps are provided at the end parts on one or both sides, wherein minute reflecting surfaces for reflecting light incident from the side direction to the front direction and positioning structures for attaching the illumination lamps are formed integrally by injection molding on the back surface of the light guide plate." Abstract |

**Invalidity Claim Chart for U.S. Patent No. 7,404,660**                                              **Exhibit D-16**

| U.S. Patent No. 7,404,660 B2 | H5-196820 |
|---|---|
|  | of the H5-196820 Reference<br><br><br>FIG. 3 |
| **17.** The assembly of claim **16** wherein the focused light sources are LEDs. | To the extent that Plaintiff alleges that this reference does not disclose this element, one of ordinary skill in the art would have been motivated to combine this reference in the Exhibit to the filed Invalidity Contentions with which discloses this limitation. For example, one of ordinary skill in the art would have been motivated to combine this reference with U.S. Patent No. 5,453,855 to Nakamura et al. ('the '855 patent) as charted separately in the Exhibit D to the originally filed Invalidity Contentions. The teachings of these references show that they are in the same field of backlighting and display technology and that each aims to solve the same general problem of controlling the light distribution, brightness, and efficiency of the display. Because the references are in the same field, address the same technology, and are intended to solve the same general problem, one of ordinary skill in the art would have found it obvious to combine the references, rendering the asserted patent obvious. |
| **25.** The assembly of claim **1** further comprising a tray in | To the extent that Plaintiff alleges that this reference does not disclose |

| U.S. Patent No. 7,404,660 B2 | H5-196820 |
|---|---|
| which the optical conductor is received. | this element, one of ordinary skill in the art would have been motivated to combine this reference with any other reference in the Exhibit to the filed Invalidity Contentions with which discloses this limitation. For example, one of ordinary skill in the art would have been motivated to combine this reference with U.S. Patent No. 5,453,855 to Nakamura et al. ('the '855 patent) as charted separately in the Exhibit D to the originally filed Invalidity Contentions. The teachings of these references show that they are in the same field of backlighting and display technology and that each aims to solve the same general problem of controlling the light distribution, brightness, and efficiency of the display. Because the references are in the same field, address the same technology, and are intended to solve the same general problem, one of ordinary skill in the art would have found it obvious to combine the references, rendering the asserted patent obvious. |
| **33.** A light emitting panel assembly comprising: | The H5-196820 Reference discloses a light emitting panel assembly.<br><br>"To provide a backlight light guide plate for a lighting device used in a liquid crystal display device or the like, the backlight light guide plate having a structure in which a light guide plate for guiding light is provided on the back of a liquid crystal panel and tubular illumination lamps are provided at the end parts on one or both sides…"  Abstract; Figs 2 and 3. |

**Invalidity Claim Chart for U.S. Patent No. 7,404,660**                    **Exhibit D-16**

| U.S. Patent No. 7,404,660 B2 | H5-196820 |
|---|---|
|  | <br>FIG. 2<br><br>FIG. 3 |
| a generally planar optical conductor having at least one input edge with a greater cross-sectional width than thickness; and | The H5-196820 Reference discloses a generally planar optical conductor having at least one input edge with a greater cross-sectional width than thickness. |

| U.S. Patent No. 7,404,660 B2 | H5-196820 |
|---|---|
|  | "As illustrated in FIG. 2, one conventional example uses a structure in which a transparent plate called a light guide plate 4 is installed and a rod-shaped light 2 such as a fluorescent lamp is fixed with adhesive tape 5 or the like to the outside of the light guide plate 4."  Paragraph [0002], lines 11-16 of the H5-196820 Reference <br><br>  <br> FIG. 2 <br><br> "A light guide plate 4 is placed beneath the diffuser plate 2, and rod-shaped fluorescent lamps 2 are attached on the left and right sides thereof (only one side is shown; the other end is symmetrical)." Paragraph [0017], lines 9-13 of the H5-196820 Reference |

**Invalidity Claim Chart for U.S. Patent No. 7,404,660**                    **Exhibit D-16**

| U.S. Patent No. 7,404,660 B2 | H5-196820 |
|---|---|
| |  FIG. 3 |
| | Further, this element is inherent to a person of skill in the art reading the H5-196820 Reference. |
| a plurality of LED light sources each having a greater width than height positioned adjacent to the input edge, thereby directing light into the optical conductor, each light source being configured to generate light having an output distribution defined by a greater width component than height component; | The H5-196820 Reference discloses a plurality of light sources configured to generate light having an output distribution defined by a greater width component than height component, the light sources positioned adjacent to the input edge, thereby directing light into the optical conductor.<br><br>"A light guide plate 4 is placed beneath the diffuser plate 2, and rod-shaped fluorescent lamps 2 are attached on the left and right sides thereof (only one side is shown; the other end is symmetrical). The lamps are not necessarily fluorescent lamps as long as they are illumination tubes with roughly uniform brightness in the longitudinal direction. The attachment positions of the fluorescent lamps 2 may be on the left and right or on the top and bottom as long as the positions are two opposing sides of the light guide plate 4, and the attachment position may also be on one of the four sides of the light guide plate 4." |

**Invalidity Claim Chart for U.S. Patent No. 7,404,660**                                   **Exhibit D-16**

| U.S. Patent No. 7,404,660 B2 | H5-196820 |
|---|---|
|  | Paragraph [0017], lines 9-20 of the H5-196820 Reference<br><br>"At the attachment positions of the fluorescent lamps 2 at the end parts of the light guide plate 4, two sets of pairs of V-shaped claws 10 are provided for each fluorescent lamp in order to position the fluorescent lamps 2. The fluorescent lamps 2 are positioned by being pressed into the claws 10 and are fixed to the light guide plate 4 with adhesive tape 5." Paragraph [0018] of the H5-196820 Reference<br><br><br><br>FIG. 3<br><br>"FIG. 5 illustrates an example of the shape of the attachment parts of the fluorescent lamp 2 on the light guide plate 4. In this example, two sets of pairs of claws 10 forming V-shaped grooves are provided. As illustrated in the cross-sectional view of FIG. 5(b), the fluorescent lamp 2 is adhered to these claws 2 [sic: should be "10"] and accurately positioned and fixed to the light guide plate 4 by the adhesive tape 5. FIG. 6 illustrates another example of the shape of the attachment parts, |

| U.S. Patent No. 7,404,660 B2 | H5-196820 |
|---|---|
|  | wherein the fluorescent lamp 2 is positioned by U-shaped grooves, as illustrated in the cross-sectional view of FIG. 6(b). The radius of the U-grooves is set so as to be slightly larger than the outside diameter of the fluorescent lamp 2." Paragraph [0021] of the H5-196820 Reference <br><br> FIG. 5 |

**Invalidity Claim Chart for U.S. Patent No. 7,404,660**                                          **Exhibit D-16**

| U.S. Patent No. 7,404,660 B2 | H5-196820 |
|---|---|
| |  FIG. 6 |
| | To the extent that Plaintiff alleges that this reference does not disclose the element of LED light sources, one of ordinary skill in the art would have been motivated to combine this reference with any other reference in the Exhibit to the  filed Invalidity Contentions with which discloses this limitation. For example, one of ordinary skill in the art would have been motivated to combine this reference with U.S. Patent No. 5,453,855 to Nakamura et al. ('the '855 patent) as charted separately in the Exhibit D to the originally filed Invalidity Contentions. The teachings of these references show that they are in the same field of backlighting and display technology and that each aims to solve the same general problem of controlling the light distribution, brightness, and efficiency of the display. Because the references are in the same field, address the same technology, and are intended to solve the same general problem, one of ordinary skill in the art would have found it obvious to combine the references, rendering the asserted patent obvious. |
| the optical conductor having at least one output region and a predetermined pattern of deformities configured to | The H5-196820 Reference discloses an optical conductor having at least one output region and a predetermined pattern of deformities configured |

| U.S. Patent No. 7,404,660 B2 | H5-196820 |
|---|---|
| cause light to be emitted from the output region, | to cause light to be emitted from the output region.<br><br>"In order to achieve these objects, the present invention is a structure for a backlight illumination device of a liquid crystal display device, wherein a light guide body (a transparent plate for guiding light) is provided on the back of a liquid crystal panel, and rod-shaped illumination lamps are placed on one or both sides thereof. Multiple narrow slanting surfaces are provided on the back surface of the light guide body so that light incident from the illumination lamps is reflected toward the front, and the sizes and arrangement of the slanting surfaces are inversely proportional to the amount of light arriving from the illumination lamps." Paragraph [0009], lines 1-11 of the H5-196820 Reference<br><br><br><br>"FIG. 4 illustrates the cross-sectional shape of the light guide plate 4, but multiple long, narrow slanting surfaces 20 are formed on the lower surface thereof at an appropriate spacing density, and a reflective film 21 formed from a metal or the like is adhered to the outer surface |

**Invalidity Claim Chart for U.S. Patent No. 7,404,660**                    **Exhibit D-16**

| U.S. Patent No. 7,404,660 B2 | H5-196820 |
|---|---|
|  | thereof. The shapes of the reflecting surfaces are uniform in the longitudinal direction of the fluorescent lamps 2, and the width W is approximately 0.05 to 0.4 mm. The slope θ is determined so that light incident from the fluorescent lamp 2 provided on the right end of the light guide plate 4 advances as illustrated in FIG. 3 and is projected in a direction roughly perpendicular to the upper surface 8 of the light guide plate 4 by the slanting surfaces 20 and the reflective film 21. In addition, when the spacing density is defined as P, the value is set so that the value of W/P is inversely proportional to the intensity of the incident light at that location. This light intensity may not be a uniform value due to the influence of the shape of the attachment portions of the fluorescent lamps 2 or the material of the light guide plate 4. When the conditions are met and the values are uniform, the value of W/P may be the same value over the entire region." Paragraph [0019] of the H5-196820 Reference <br><br> FIG. 4 <br>  |
| the optical conductor having a transition region disposed between the light source and the output region. | The H5-196820 Reference discloses an optical conductor having a transition region disposed between the light source and the output region. <br><br> "A light guide plate 4 is placed beneath the diffuser plate 2, and rod-shaped fluorescent lamps 2 are attached on the left and right sides |

| U.S. Patent No. 7,404,660 B2 | H5-196820 |
| --- | --- |
| | thereof (only one side is shown; the other end is symmetrical). The lamps are not necessarily fluorescent lamps as long as they are illumination tubes with roughly uniform brightness in the longitudinal direction. The attachment positions of the fluorescent lamps 2 may be on the left and right or on the top and bottom as long as the positions are two opposing sides of the light guide plate 4, and the attachment position may also be on one of the four sides of the light guide plate 4." Paragraph [0017], lines 9-20 of the H5-196820 Reference<br><br>"The fluorescent lamps 2 are positioned by being pressed into the claws 10 and are fixed to the light guide plate 4 with adhesive tape 5." Paragraph [0018], lines 4-6 of the H5-196820 Reference<br><br><br>FIG. 3<br><br>To a person of skill in the art, as shown in Fig.3, transition region (red block) is between the light source and the output region of the optical conductor. |

**Invalidity Claim Chart for U.S. Patent No. 7,404,660**                                                                **Exhibit D-16**

| U.S. Patent No. 7,404,660 B2 | H5-196820 |
|---|---|
| **34.** The assembly of claim **33** wherein each light source has a light output distribution with a greater width component than height component. | The H5-196820 Reference discloses an assembly wherein each light source has a light output distribution with a greater width component than height component.<br><br>"The lamps are not necessarily fluorescent lamps as long as they are illumination tubes with roughly uniform brightness in the longitudinal direction. The attachment positions of the fluorescent lamps 2 may be on the left and right or on the top and bottom as long as the positions are two opposing sides of the light guide plate 4, and the attachment position may also be on one of the four sides of the light guide plate 4." Paragraph [0017], lines 13-20 of the H5-196820 Reference<br><br>"FIG. 5 illustrates an example of the shape of the attachment parts of the fluorescent lamp 2 on the light guide plate 4. In this example, two sets of pairs of claws 10 forming V-shaped grooves are provided. As illustrated in the cross-sectional view of FIG. 5(b), the fluorescent lamp 2 is adhered to these claws 2 [sic: should be "10"] and accurately positioned and fixed to the light guide plate 4 by the adhesive tape 5. FIG. 6 illustrates another example of the shape of the attachment parts, wherein the fluorescent lamp 2 is positioned by U-shaped grooves, as illustrated in the cross-sectional view of FIG. 6(b). The radius of the U-grooves is set so as to be slightly larger than the outside diameter of the fluorescent lamp 2." Paragraph [0021] of the H5-196820 Reference |

**Invalidity Claim Chart for U.S. Patent No. 7,404,660**                    **Exhibit D-16**

| U.S. Patent No. 7,404,660 B2 | H5-196820 |
|---|---|
| |  FIG. 5 <br> FIG. 6 <br><br> Further, this element is inherent to a person of skill in the art reading the H5-196820 Reference. |