# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| INNOVATIVE DISPLAY TECHNOLOGIES LLC, | § § § § § § § § § | Civil Action No. 2:13-CV-00522-JRG **LEAD CASE**[1] |
| Plaintiff, | | |
| v. | | |
| ACER INC., ET AL., | | JURY TRIAL DEMANDED |
| Defendants. | | |

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS

On this day, the Court has considered Defendants' Motion For Leave To Amend Invalidity Contentions. Having considered the Motion, the Court finds that it should be GRANTED.

It is therefore ORDERED that Defendants shall be permitted to serve their Amended Invalidity Contentions, as attached to Defendants' Motion as Exhibit B, and include the four new references identified in its Motion.

---

[1] The following cases have been consolidated for pre-trial purposes: Case Nos. 2:13-cv-00522-JRG, 2:13-cv-00523-RSP, 2:13-cv-00524-JRG, 2:13-cv-00525-JRG, 2:13-cv-00526-JRG, and 2:13-cv-00783-JRG