IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INNOVATIVE DISPLAY TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ACER INC., ET AL. <br><br> Defendants. | CIVIL ACTION NO. 2:13-CV-00522-JRG <br> **LEAD CASE**[1] <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF DEFENDANTS' TECHNOLOGY TUTORIAL

Pursuant to the Court's Docket Control Order of January 23, 2014 (Docket No. 37), defendants Acer Inc., Acer America Corporation, Dell Inc., Hewlett-Packard Company, Huawei Investment and Holding Co., Ltd., Huawei Technologies Co., Ltd., Huawei Device USA Inc., BlackBerry Corporation, BlackBerry Limited, and Microsoft Corporation (collectively, "Defendants"), jointly submit as Exhibit 1 a hard copy of the technology tutorial related to the patents-in-suit.  Defendants are further providing  a copy in electronic presentation form directly to chambers in-person today.


DATED:  June 16, 2014

Respectfully submitted,


By:  /s/  *Peter J. Chassman*
   Peter J. Chassman
   Texas Bar No. 00787233
   Email:  pchassman@winston.com
   Phillip D. Price
   Texas Bar No. 24060442
   Email: pprice@winston.com

---

[1] The following cases have been consolidated for pre-trial purposes:  Case Nos. 2:13-cv-00522-JRG, 2:13-cv-00523-RSP, 2:13-cv-00524-JRG, 2:13-cv-00525-JRG, 2:13-cv-00526-JRG, and 2:13-cv-00783-JRG.

Winston & Strawn LLP
1111 Louisiana, 25th Floor
Houston, Texas 77002
Telephone:   (713) 651-2600
Facsimile:    (713) 651-2700

Kimball R. Anderson
Illinois Bar No. 00049980
Email: kanderson@winston.com
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-5858
Facsimile: (312) 558-5700

Deron R. Dacus
Texas State Bar No. 00790553
Email: ddacus@dacusfirm.com
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
Facsimile: (903) 705-1117

**COUNSEL FOR DEFENDANT,
DELL INC. AND ON BEHALF OF ACER
INC., ACER AMERICA CORPORATION,
DELL INC., HEWLETT-PACKARD
COMPANY, HUAWEI INVESTMENT AND
HOLDING CO., LTD., HUAWEI
TECHNOLOGIES CO., LTD., HUAWEI
DEVICE USA INC., BLACKBERRY
CORPORATION, BLACKBERRY
LIMITED, AND MICROSOFT
CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 16th day of June, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Peter J. Chassman*

Peter J. Chassman