**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| INNOVATIVE DISPLAY TECHNOLOGIES LLC, | ) ) ) | Civil Action No. 2:13-cv-522-JRG (CONSOLIDATED - Lead Case) |
| Plaintiff, | ) ) | |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| ACER INC. AND ACER AMERICA CORP. | ) ) ) | |
| Defendants. | ) ) ) | |

## P.R. 4-5(D) JOINT CLAIM CONSTRUCTION CHART

Pursuant to P.R. 4-5(d) and the Court's Docket Control Order of January 23, 2014 (Docket No. 37), plaintiff Innovative Display Technologies LLC ("Plaintiff") and defendants Acer Inc., Acer America Corporation, Dell Inc., Hewlett-Packard Company, Huawei Investment and Holding Co., Ltd., Huawei Technologies Co., Ltd., Huawei Device USA Inc., BlackBerry Ltd., BlackBerry Corporation, and Microsoft Corporation (collectively, "Defendants") hereby file this joint claim construction chart.

The claim terms below are found within U.S. Patent Nos. 6,755,547 ("the '547 patent"), 7,300,194 ("the '194 patent"), 7,384,177 ("the '177 patent"), 7,404,660 ("the '660 patent"), 7,434,974 ("the '974 patent"), 7,537,370 ("the '370 patent"), and 8,215,816 ("the '816 patent") (collectively, "patents-in-suit").

a) **AGREED TERMS**

| No. | TERM | PLAINTIFF'S CONSTRUCTION | DEFENDANTS' CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| 1[1] | **"deformities"[2]** | [AGREED] | [AGREED] | "any change in the shape or geometry of a surface and/or coating or surface treatment that causes a portion of the light to be emitted" |
| 19 | **"posts, tabs, or other structural features that provide a mount"[3]** | [AGREED] | [AGREED] | plain and ordinary meaning |

---

[1]  The numbering in this column is consistent with the numbering in the parties' P.R. 4-3 chart.

[2]  '547 patent, claims 1, 2, 4; '194 patent, claims 1, 16, 28, 31; '660 patent, claims 1, 33; '974 patent, claims 1, 7, 13; '370 patent, claims 1, 4, 8, 13, 29, 47; '816 patent, claim 1; '177 patent, claim 14. For instances in which a claim term first appears in an independent claim, that term's respective dependent claims have been omitted from footnotes such as this for brevity. Nonetheless, these terms and constructions should also be considered to apply to those respective dependent claims regardless of whether the term explicitly appears in the dependent claim. These terms and constructions also apply to asserted claims in which a respective term appears regardless of whether that claim is explicitly listed herein.

[3]  '974 patent, claims 1, 7.

**b) DISPUTED TERMS**

| No. | TERM | PLAINTIFF'S CONSTRUCTION | DEFENDANTS' CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| 2 | **"pattern of deformities"**[4] | "a pattern of deformities that can be an ordinary pattern, random placement pattern, or a variable pattern"<br><br>or, to the extent the Court determines that "ordinary" need not be included, Plaintiff proposes the following:<br><br>"a pattern of deformities, which may include a random placement pattern or a variable pattern" | Plain and ordinary meaning (using the agreed definition of "deformities."). | |

---

[4] '547 patent, claim 1; '660 patent, claims 1, 33.

| No. | TERM | PLAINTIFF'S CONSTRUCTION | DEFENDANTS' CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| 3 | **"pattern of light extracting deformities"**[5] | "a pattern of deformities that can be an ordinary pattern, random placement pattern, or a variable pattern" <br><br> or, to the extent the Court determines that "ordinary" need not be included, Plaintiff proposes the following: <br><br> "a pattern of deformities, which may include a random placement pattern or a variable pattern" | Plain and ordinary meaning (using the agreed definition of "deformities."). | |
| 4 | **"continuous side walls"**[6] | plain and ordinary meaning <br><br> In the alternative only, if the Court determines that this term should be construed <br><br> "side walls that completely surround" | "uninterrupted walls that are free of breaks on the side of the tray" | |

---

[5] '974 patent, claims 1, 7, 13; '370 patent, claims 1, 13, 29, 47; '816 patent, claim 1.
[6] '177 patent, claims 1, 15.

| No. | TERM | PLAINTIFF'S CONSTRUCTION | DEFENDANTS' CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| 5 | **"transition region"**[7] | plain and ordinary meaning<br><br>In the alternative only, if the Court determines that this term should be construed:<br><br>"an area used to make the transition from the light source to the light emitting area of the panel member ['370 patent] / optical conductor ['660 patent]" | "a region that spreads and transmits light" | |
| 6 | **"at least some of the light extracting deformities on or in one of the sides are of a different type than the light extracting deformities on or in the other side of the panel member"**[8] | plain and ordinary meaning | "at least some of the deformities on or in one side of the panel member are different than the deformities on or in the other side of the panel member in characteristics other than shape" | |
| 7 | **"an air gap therebetween"**[9] | plain and ordinary meaning | "a continuous layer of air between the separate transparent sheet or film and the light emitting area such that they have no direct physical contact" | |

---

[7] '660 patent, claims 1, 3, 10, 33; '370 patent, claims 13, 47.
[8] '370 patent, claims 1, 13.
[9] '547 patent, claim 1.

| No. | TERM | PLAINTIFF'S CONSTRUCTION | DEFENDANTS' CONSTRUCTION | COURT'S CONSTRUCTION |
|-----|------|--------------------------|--------------------------|----------------------|
| 8 | "**an air gap between the film, sheet, plate or substrate and the panel member**"[10] | plain and ordinary meaning | "a continuous layer of air between the sheet, film, plate or substrate and the panel member such that they have no direct physical contact" | |
| 9 | "**desired light output distribution**"[11] | plain and ordinary meaning | "desired light output" means "a specific pre-identified output," "distribution" should be understood to have a plain and ordinary meaning. | |
| 10 | "**desired light output distribution or effect**"[12] | plain and ordinary meaning | "desired light output" means "a specific pre-identified output," "distribution or effect" should be understood to have a plain and ordinary meaning. | |
| 11 | "**desired light output color or uniformity**"[13] | plain and ordinary meaning | "desired light output" means "a specific pre-identified output," "color or uniformity" should be understood to have a plain and ordinary meaning. | |
| 12 | "**desired light output**"[14] | plain and ordinary meaning | "desired light output" means "a specific pre-identified output" | |

---

[10] '194 patent, claim 1.

[11] '547 patent, claim 1.

[12] '194 patent, claim 23.

[13] '177 patent, claim 15.

[14] '547 patent, claim 1; '194 patent, claim 23; '177 patent, claim 15.

| No. | TERM | PLAINTIFF'S CONSTRUCTION | DEFENDANTS' CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| 13 | **"predetermined"**[15] | plain and ordinary meaning | "chosen in advance" | |
| 14 | **"well defined optical elements or deformities"**[16] | plain and ordinary meaning<br><br>In the alternative only, if the Court determines that this term should be construed:<br><br>"optical elements or deformities having clearly distinguishable limits, boundaries, or features" | This term is indefinite under 35 U.S.C. § 112(2) | |
| 15 | **"optical elements or deformities of well defined shape"**[17] | plain and ordinary meaning<br><br>In the alternative only, if the Court determines that this term should be construed:<br><br>"optical elements or deformities having clearly distinguishable limits, boundaries, or features" | This term is indefinite under 35 U.S.C. § 112(2) | |

[15] '370 patent, claims 1, 13, 29, 47; '177 patent, claim 1; '660 patent, claims 1, 33.
[16] '194 patent, claims 1, 16, 31.
[17] '194 patent, claim 28.

| No. | Term | Plaintiff's Construction | Defendants' Construction | Court's Construction |
|---|---|---|---|---|
| 16 | **"a pattern of deformities on one side of the sheet or film having a width and length that is quite small in relation to the width and length of the sheet or film"**[18] | plain and ordinary meaning | This term is indefinite under 35 U.S.C. § 112(2) | |
| 17 | **"pass through a liquid crystal display with low loss"**[19] | plain and ordinary meaning<br><br>In the alternative only, if the Court determines that this term should be construed:<br><br>"efficiently conducts light through a liquid crystal display" | This term is indefinite under 35 U.S.C. § 112(2) | |
| 18 | **"to [suit/fit] a particular application"**[20] | plain and ordinary meaning | This term is indefinite under 35 U.S.C. § 112(2) | |

---

[18] '547 patent, claim 1.

[19] '194 patent, claims 1, 16, 28; '370 patent, claims 1, 29; '547 patent, claim 1.

[20] '194 patent, claim 31; 974 patent, claim 5; '177 patent, claims 1, 14, 15.

### c)  DISPUTED TERMS IN CONTEXT OF CLAIM LANGUAGE

| No. | Term | Claim |
|---|---|---|
| 2 | **"pattern of deformities"**[21] | '547 patent<br><br>**1.** A backlight assembly comprising a light emitting member having at least one light emitting area that emits light that is internally reflected within the light emitting member, a separate transparent sheet or film overlying the light emitting area with an air gap therebetween, a pattern of deformities on one side of the sheet or film having a width and length that is quite small in relation to the width and length of the sheet or film, the deformities varying at different locations on the sheet or film to direct the light that is emitted by the, light emitting member in different directions to produce a desired light output distribution such that the light will pass through a liquid crystal display with low loss.<br><br>'660 patent<br><br>**1.** A light emitting panel assembly comprising:<br>a generally planar optical conductor having at least one input edge with a greater cross-sectional width than thickness; and<br>a plurality of light sources configured to generate light having an output distribution defined by a greater width component than height component, the light sources positioned adjacent to the input edge, thereby directing light into the optical conductor;<br>the optical conductor having at least one output region and a predetermined pattern of deformities configured to cause light to be emitted from the output region,<br>the optical conductor having a transition region disposed between the light source and the output region. |

---
[21] '547 patent, claim 1; '660 patent, claims 1, 33.

| NO. | TERM | CLAIM |
|-----|------|-------|
|     |      | **33**. A light emitting panel assembly comprising:<br>a generally planar optical conductor having at least one input edge with a greater cross-sectional width than thickness; and<br>a plurality of LED light sources each having a greater width than height positioned adjacent to the input edge, thereby directing light into the optical conductor, each light source being configured to generate light having an output distribution defined by a greater width component than height component; 5<br>the optical conductor having at least one output region and a predetermined <mark>pattern of deformities</mark> configured to cause light to be emitted from the output region,<br>the optical conductor having a transition region disposed 10 between the light source and the output region. |
| 3 | **"pattern of light extracting deformities"**[22] | '974 patent<br><br>**1**. A light emitting panel assembly comprising at least a light emitting panel member having a light entrance surface 10 and a light emitting surface, at least one LED light source positioned near or against the light entrance surface, and a tray or housing having a cavity or recess in which the panel member is entirely received, wherein the panel member has a <mark>pattern of light extracting deformities</mark> on or in at least one 15 surface to cause light to be emitted from the light emitting surface of the panel member, and the tray or housing includes end walls and side walls that act as end edge reflectors and side edge reflectors for the panel member to reflect light that would otherwise exit the panel member through an end edge 20 and/or side edge back into the panel member and toward the <mark>pattern of light extracting deformities</mark> for causing additional light to be emitted from the light emitting surface of the panel member, wherein the tray or housing provides structural support to the panel member and has posts, tabs, or other struc- 25 tural features that provide a mount for mounting of the assembly into a larger assembly or device. |

---

[22] '974 patent, claims 1, 7, 13; '370 patent, claims 1, 13, 29, 47; '816 patent, claim 1.

| No. | Term | Claim |
|-----|------|-------|
|  |  | **7.** A light emitting panel assembly comprising at least a light emitting panel member having a light entrance surface and a light emitting surface, at least one LED light source positioned near or against the light entrance surface, and a tray or housing having a cavity or recess in which the panel member is entirely received, wherein the panel member has a pattern of light extracting deformities on or in at least one surface to cause light to be emitted from the light emitting surface of the panel member, and the tray or housing includes end walls and side walls that act as end edge reflectors and side edge reflectors for the panel member to reflect light that would otherwise exit the panel member through an end edge and/or side edge back into the panel member and toward the pattern of light extracting deformities for causing additional light to be emitted from the light emitting surface of the panel member, wherein the tray or housing has posts, tabs or other structural features that provide a mount or structural support for at least one other part or component, and the tray or housing provides structural support to the panel member.<br><br>**13.** A light emitting panel assembly comprising at least a light emitting panel member having a light entrance surface and a light emitting surface, at least one LED light source positioned near or against the light entrance surface, and a tray or housing having a cavity or recess in which the panel member is entirely received, wherein the panel member has a pattern of light extracting deformities on or in at least one surface to cause light to be emitted from the light emitting surface of the panel member, and the tray or housing includes end walls and side walls that act as end edge reflectors and side edge reflectors for the panel member to reflect light that would otherwise exit the panel member through an end edge and/or side edge back into the panel member and toward the pattern of light extracting deformities for causing additional light to be emitted from the light emitting surface of the panel member, and an additional component overlaying the panel member, the panel member having at least one of a tab, hole, cavity, or protrusion that positions the tray or housing relative to the panel member. |

| No. | Term | Claim |
|-----|------|-------|
|  |  | **'370 patent**<br><br>**1.** A light emitting panel assembly comprising at least one light source, an optical panel member having at least one input edge for receiving light from the at least one light source, the panel member having front and back sides and a greater cross sectional width than thickness, both the front and back sides having a ==pattern of light extracting deformities== that are projections or depressions on or in the sides to cause light to be emitted from the panel member in a predetermined output distribution, where the ==pattern of light extracting deformities== on or in at least one of the sides varies along at least one of the length and width of the panel member and at least some of the light extracting deformities on or in one of the sides are of a different type than the light extracting deformities on or in the other side of the panel member, and at least one film, sheet or substrate overlying at least a portion of one of the sides of the panel member to change the output distribution of the emitted light such that the light will pass through a liquid crystal display with low loss.<br><br>**13.** A light emitting panel assembly comprising at least one light source, an optical panel member having at least one input edge for receiving light from the at least one light source, the panel member having front and back sides and a greater cross sectional width than thickness, both the front and back sides having a ==pattern of light extracting deformities== that are projections or depressions on or in the sides to cause light to be emitted from the panel member in a predetermined output distribution, where the ==pattern of light extracting deformities== on or in at least one of the sides varies along at least one of the length and width of the panel member and at least some of the light extracting deformities on or in one of the sides are of a different type than the light extracting deformities on or in the other side of the panel member, wherein the panel member has a transition region between the at least one input edge and the patterns of light extracting deformities to allow the light from the at least one light source to mix and spread, and at least one side of the transition region contains optical elements for reflecting or refracting light from the at least one light source. |

| No. | Term | Claim |
|-----|------|-------|
|     |      | **29.** A light emitting panel assembly comprising at least one light source, an optical panel member having at least one input edge for receiving light from the at least one light source, the panel member having front and back sides and a greater cross sectional width than thickness, both the front and back sides having a ==pattern of light extracting deformities== that are projections or depressions on or in the sides to cause light to be emitted from the panel member in a predetermined output distribution, where the ==pattern of light extracting deformities== on or in at least one of the sides varies along at least one of the length and width of the panel member and at least some of the light extracting deformities on or in one of the sides vary in a different way or manner than the light extracting deformities on or in the other side of the panel member, and at least one film, sheet or substrate overlying at least a portion of one of the sides of the panel member to change the output distribution of the emitted light such that the light will pass through a liquid crystal display with low loss.<br><br>**47.** A light emitting panel assembly comprising at least one light source, an optical panel member having at least one input edge for receiving light from the at least one light source, the panel member having front and back sides and a greater cross sectional width than thickness, both the front and back sides having a ==pattern of light extracting deformities== that are projections or depressions on or in the sides to cause light to be emitted from the panel member in a predetermined output distribution, where the ==pattern of light extracting deformities== on or in at least one of the sides varies along at least one of the length and width of the panel member and at least some of the light extracting deformities on or in one of the sides vary in a different way or manner than the light extracting deformities on or in the other side of the panel member, wherein the panel member has a transition region between the at least one input edge and the patterns of light extracting deformities to allow the light from the at least one light source to mix and spread, and at least one side of the transition region contains optical elements for reflecting or refracting light from the at least one light source. |

| No. | Term | Claim |
|-----|------|-------|
| | | **'816 patent** |
| | |    **1**. A light emitting assembly comprising at least one light source, a light emitting panel member having at least one input edge for receiving light from the light source and a light emitting surface, a tray or housing having a cavity or recess in which the panel member is entirely received, wherein the panel member has a <mark>pattern of light extracting deformities</mark> on or in at least one surface to cause light to be emitted from the light emitting surface of the panel member, end edge reflectors and side edge reflectors, and an additional component overlying the panel member, wherein the panel member has a greater width than height, and the light input edge has a refractive surface that redirects the light output distribution of the light source more in the width direction as the light enters the panel member. |
| 4 | **"continuous side walls"**[23] | **'177 patent** <br>    **1**. A light emitting assembly comprising a tray having a back wall and <mark>continuous side walls</mark> that form a hollow cavity or recess completely surrounded by the side walls, at least one light source located, mounted or positioned in the cavity or recess, and at least one sheet, film or substrate overlying the assembly for controlling the light emitted from the assembly to fit a particular application, wherein the tray acts as at least one of a back, side edge, and end edge reflector and has one or more secondary flat, angled, faceted or curved reflective or refractive surfaces to redirect at least a portion of the light emitted by the light source in a predetermined manner within the cavity or recess. <br><br>    **15**. A light emitting assembly comprising a tray having a back wall and <mark>continuous side walls</mark> that form a hollow cavity or recess completely surrounded by the side walls, at least two light sources located, mounted or positioned in the cavity or recess, and at least one sheet, film or substrate overlying the assembly for controlling the light emitted from the assembly to fit a particular application, wherein the tray acts as at least one of a back, side edge and end edge reflector and has at least one secondary flat, angled, faceted or curved reflective or refractive surface to facilitate better mixing of light rays within the cavity or recess to produce a desired light output color or uniformity. |

---

[23] '177 patent, claims 1, 15.

| No. | Term | Claim |
|---|---|---|
| 5 | **"transition region"**[24] | '660 patent<br><br>**1**. A light emitting panel assembly comprising:<br><br>a generally planar optical conductor having at least one input edge with a greater cross-sectional width than thickness; and<br><br>a plurality of light sources configured to generate light having an output distribution defined by a greater width component than height component, the light sources positioned adjacent to the input edge, thereby directing light into the optical conductor;<br><br>the optical conductor having at least one output region and a predetermined pattern of deformities configured to cause light to be emitted from the output region,<br><br>the optical conductor having a transition region disposed between the light source and the output region.<br><br>**3**. The assembly of claim **1** wherein the transition region is integral with the optical conductor.<br><br>**10**. The assembly of claim **1** wherein the transition region and the output region of the optical conductor have substantially the same thickness.<br><br>**33**. A light emitting panel assembly comprising:<br><br>a generally planar optical conductor having at least one input edge with a greater cross-sectional width than thickness; and<br><br>a plurality of LED light sources each having a greater width than height positioned adjacent to the input edge, thereby directing light into the optical conductor, each light source being configured to generate light having an output distribution defined by a greater width component than height component;<br><br>the optical conductor having at least one output region and a predetermined pattern of deformities configured to cause light to be emitted from the output region,<br><br>the optical conductor having a transition region disposed between the light source and the output region. |

---

[24] '660 patent, claims 1, 3, 10, 33; '370 patent, claims 13, 47.

| No. | Term | Claim |
|-----|------|-------|
| | | **'370 patent** |
| | | **13**. A light emitting panel assembly comprising at least one light source, an optical panel member having at least one input edge for receiving light from the at least one light source, the panel member having front and back sides and a greater cross sectional width than thickness, both the front and back sides having a pattern of light extracting deformities that are projections or depressions on or in the sides to cause light to be emitted from the panel member in a predetermined output distribution, where the pattern of light extracting deformities on or in at least one of the sides varies along at least one of the length and width of the panel member and at least some of the light extracting deformities on or in one of the sides are of a different type than the light extracting deformities on or in the other side of the panel member, wherein the panel member has a ==transition region== between the at least one input edge and the patterns of light extracting deformities to allow the light from the at least one light source to mix and spread, and at least one side of the transition region contains optical elements for reflecting or refracting light from the at least one light source. |
| | | **47**. A light emitting panel assembly comprising at least one light source, an optical panel member having at least one input edge for receiving light from the at least one light source, the panel member having front and back sides and a greater cross sectional width than thickness, both the front and back sides having a pattern of light extracting deformities that are projections or depressions on or in the sides to cause light to be emitted from the panel member in a predetermined output distribution, where the pattern of light extracting deformities on or in at least one of the sides varies along at least one of the length and width of the panel member and at least some of the light extracting deformities on or in one of the sides vary in a different way or manner than the light extracting deformities on or in the other side of the panel member, wherein the panel member has a ==transition region== between the at least one input edge and the patterns of light extracting deformities to allow the light from the at least one light source to mix and spread, and at least one side of the transition region contains optical elements for reflecting or refracting light from the at least one light source. |

| No. | TERM | CLAIM |
|-----|------|-------|
| 6 | **"at least some of the light extracting deformities on or in one of the sides are of a different type than the light extracting deformities on or in the other side of the panel member"**[25] | **'370 patent**<br><br>**1**. A light emitting panel assembly comprising at least one light source, an optical panel member having at least one 10 input edge for receiving light from the at least one light source, the panel member having front and back sides and a greater cross sectional width than thickness, both the front and back sides having a pattern of light extracting deformities that are projections or depressions on or in the sides to cause 15 light to be emitted from the panel member in a predetermined output distribution, where the pattern of light extracting deformities on or in at least one of the sides varies along at least one of the length and width of the panel member and at least some of the light extracting deformities on or in one of 20 the sides are of a different type than the light extracting deformities on or in the other side of the panel member, and at least one film, sheet or substrate overlying at least a portion of one of the sides of the panel member to change the output distribution of the emitted light such that the light will pass 25 through a liquid crystal display with low loss.<br><br>**13**. A light emitting panel assembly comprising at least one light source, an optical panel member having at least one input edge for receiving light from the at least one light source, the panel member having front and back sides and a 55 greater cross sectional width than thickness, both the front and back sides having a pattern of light extracting deformities that are projections or depressions on or in the sides to cause light to be emitted from the panel member in a predetermined output distribution, where the pattern of light extracting 60 deformities on or in at least one of the sides varies along at least one of the length and width of the panel member and at least some of the light extracting deformities on or in one of the sides are of a different type than the light extracting deformities on or in the other side of the panel member, 65 wherein the panel member has a transition region between the at least one input edge and the patterns of light extracting deformities to allow the light from the at least one light source to mix and spread, and at least one side of the transition region contains optical elements for reflecting or refracting light from the at least one light source. |

---

[25] '370 patent, claims 1, 13.

| No. | Term | Claim |
|---|---|---|
| 7 | **"an air gap therebetween"**[26] | '547 patent<br><br>1. A backlight assembly comprising a light emitting member having at least one light emitting area that emits 20 light that is internally reflected within the light emitting member, a separate transparent sheet or film overlying the light emitting area with ==an air gap therebetween==, a pattern of deformities on one side of the sheet or film having a width and length that is quite small in relation to the width and 25 length of the sheet or film, the deformities varying at different locations on the sheet or film to direct the light that is emitted by the, light emitting member in different directions to produce a desired light output distribution such that the light will pass through a liquid crystal display with low 30 loss. |
| 8 | **"an air gap between the film, sheet, plate or substrate and the panel member"**[27] | '194 patent<br><br>1. A light emitting assembly comprising at least a light emitting panel member having a light emitting surface, at least one light source, at least one film, sheet, plate or substrate positioned near the light emitting surface through which light from the panel member is emitted, and ==an air gap== 25 ==between the film, sheet, plate or substrate and the panel member,== wherein at least one surface of the film, sheet, plate or substrate has one or more reflective or refractive surfaces, and at least one of the reflective or refractive surfaces has well defined optical elements or deformities for controlling 30 the emitted light such that at least some of the light is redirected to pass through a liquid crystal display with low loss. |
| 9 | **"desired light output distribution"**[28] | '547 patent<br><br>1. A backlight assembly comprising a light emitting member having at least one light emitting area that emits 20 light that is internally reflected within the light emitting member, a separate transparent sheet or film overlying the light emitting area with an air gap therebetween, a pattern of deformities on one side of the sheet or film having a width and length that is quite small in relation to the width and 25 length of the sheet or film, the deformities varying at different locations on the sheet or film to direct the light that is emitted by the, light emitting member in different directions to produce a ==desired light output distribution== such that the light will pass through a liquid crystal display with low 30 loss. |

---

[26] '547 patent, claim 1.
[27] '194 patent, claim 1.
[28] '547 patent, claim 1.

| No. | Term | Claim |
|---|---|---|
| 10 | **"desired light output distribution or effect"**[29] | **'194 patent**<br>**23**. The assembly of claim **16** wherein an additional transparent film, sheet, plate or substrate is positioned near the one film, sheet, plate or substrate to redirect at least a portion of the emitted light to produce a <mark>desired light output distribution or effect</mark>. |
| 11 | **"desired light output color or uniformity"**[30] | **'177 patent**<br>**15**. A light emitting assembly comprising a tray having a back wall and continuous side walls that form a hollow cavity or recess completely surrounded by the side walls, at least two light sources located, mounted or positioned in the cavity or recess, and at least one sheet, film or substrate overlying the assembly for controlling the light emitted from the assembly to fit a particular application, wherein the tray acts as at least one of a back, side edge and end edge reflector and has at least one secondary flat, angled, faceted or curved reflective or refractive surface to facilitate better mixing of light rays within the cavity or recess to produce a <mark>desired light output color or uniformity</mark>. |
| 12 | **"desired light output"**[31] | *See* nos. 9-11 above. |
| 13 | **"predetermined"**[32] | **'370 patent**<br>**1**. A light emitting panel assembly comprising at least one light source, an optical panel member having at least one input edge for receiving light from the at least one light source, the panel member having front and back sides and a greater cross sectional width than thickness, both the front and back sides having a pattern of light extracting deformities that are projections or depressions on or in the sides to cause light to be emitted from the panel member in a <mark>predetermined</mark> output distribution, where the pattern of light extracting deformities on or in at least one of the sides varies along at least one of the length and width of the panel member and at least some of the light extracting deformities on or in one of the sides are of a different type than the light extracting deformities on or in the other side of the panel member, and at least one film, sheet or substrate overlying at least a portion of one of the sides of the panel member to change the output distribution of the emitted light such that the light will pass through a liquid crystal display with low loss. |

---

[29] '194 patent, claim 23.
[30] '177 patent, claim 15.
[31] '547 patent, claim 1; '194 patent, claim 23; '177 patent, claim 15.
[32] '370 patent, claims 1, 13, 29, 47; '177 patent, claim 1; '660 patent, claims 1, 33.

| No. | Term | Claim |
|-----|------|-------|
|  |  | **13.** A light emitting panel assembly comprising at least one light source, an optical panel member having at least one input edge for receiving light from the at least one light source, the panel member having front and back sides and a 55 greater cross sectional width than thickness, both the front and back sides having a pattern of light extracting deformities that are projections or depressions on or in the sides to cause light to be emitted from the panel member in a <mark>predetermined</mark> output distribution, where the pattern of light extracting 60 deformities on or in at least one of the sides varies along at least one of the length and width of the panel member and at least some of the light extracting deformities on or in one of the sides are of a different type than the light extracting deformities on or in the other side of the panel member, 65 wherein the panel member has a transition region between the at least one input edge and the patterns of light extracting deformities to allow the light from the at least one light source to mix and spread, and at least one side of the transition region contains optical elements for reflecting or refracting light from the at least one light source. |
|  |  | **29.** A light emitting panel assembly comprising at least one 5 light source, an optical panel member having at least one input edge for receiving light from the at least one light source, the panel member having front and back sides and a greater cross sectional width than thickness, both the front and back sides having a pattern of light extracting deformities 10 that are projections or depressions on or in the sides to cause light to be emitted from the panel member in a <mark>predetermined</mark> output distribution, where the pattern of light extracting deformities on or in at least one of the sides varies along at least one of the length and width of the panel member and at 15 least some of the light extracting deformities on or in one of the sides vary in a different way or manner than the light extracting deformities on or in the other side of the panel member, and at least one film, sheet or substrate overlying at least a portion of one of the sides of the panel member to 20 change the output distribution of the emitted light such that the light will pass through a liquid crystal display with low loss. |

| No. | Term | Claim |
|-----|------|-------|
|  |  | 47. A light emitting panel assembly comprising at least one light source, an optical panel member having at least one input edge for receiving light from the at least one light source, the panel member having front and back sides and a greater cross sectional width than thickness, both the front and back sides having a pattern of light extracting deformities that are projections or depressions on or in the sides to cause light to be emitted from the panel member in a **predetermined** output distribution, where the pattern of light extracting deformities on or in at least one of the sides varies along at least one of the length and width of the panel member and at least some of the light extracting deformities on or in one of the sides vary in a different way or manner than the light extracting deformities on or in the other side of the panel member, wherein the panel member has a transition region between the at least one input edge and the patterns of light extracting deformities to allow the light from the at least one light source to mix and spread, and at least one side of the transition region contains optical elements for reflecting or refracting light from the at least one light source. |
|  |  | '177 patent<br>1. A light emitting assembly comprising a tray having a back wall and continuous side walls that form a hollow cavity or recess completely surrounded by the side walls, at least one light source located, mounted or positioned in the cavity or recess, and at least one sheet, film or substrate overlying the assembly for controlling the light emitted from the assembly to fit a particular application, wherein the tray acts as at least one of a back, side edge, and end edge reflector and has one or more secondary flat, angled, faceted or curved reflective or refractive surfaces to redirect at least a portion of the light emitted by the light source in a **predetermined** manner within the cavity or recess. |

| No. | Term | Claim |
|-----|------|-------|
| | | **'660 patent** |
| | | 1. A light emitting panel assembly comprising:     10 |
| | | a generally planar optical conductor having at least one input edge with a greater cross-sectional width than thickness; and |
| | | a plurality of light sources configured to generate light having an output distribution defined by a greater width   15 component than height component, the light sources positioned adjacent to the input edge, thereby directing light into the optical conductor; |
| | | the optical conductor having at least one output region and   20 a <mark>predetermined</mark> pattern of deformities configured to cause light to be emitted from the output region, |
| | | the optical conductor having a transition region disposed between the light source and the output region. |
| | | **33.** A light emitting panel assembly comprising: |
| | | a generally planar optical conductor having at least one input edge with a greater cross-sectional width than thickness; and |
| | | a plurality of LED light sources each having a greater width than height positioned adjacent to the input edge, thereby directing light into the optical conductor, each light source being configured to generate light having an output distribution defined by a greater width compo-   5 nent than height component; |
| | | the optical conductor having at least one output region and a <mark>predetermined</mark> pattern of deformities configured to cause light to be emitted from the output region, |
| | | the optical conductor having a transition region disposed   10 between the light source and the output region. |

| No. | TERM | CLAIM |
|-----|------|-------|
| 14 | **"well defined optical elements or deformities"**[33] | '194 patent<br><br>1. A light emitting assembly comprising at least a light emitting panel member having a light emitting surface, at least one light source, at least one film, sheet, plate or substrate positioned near the light emitting surface through which light from the panel member is emitted, and an air gap 25 between the film, sheet, plate or substrate and the panel member, wherein at least one surface of the film, sheet, plate or substrate has one or more reflective or refractive surfaces, and at least one of the reflective or refractive surfaces has <mark>well defined optical elements or deformities</mark> for controlling 30 the emitted light such that at least some of the light is redirected to pass through a liquid crystal display with low loss.<br><br>16. A light emitting assembly comprising at least a tray that forms a cavity or recess, at least one light source 10 positioned within the cavity or recess, at least one film, sheet, plate or substrate positioned over the cavity or recess through which light from the light source is emitted, wherein at least one surface of the film, sheet, plate or substrate has one or more reflective or refractive surfaces, and at least one 15 of the reflective or refractive surfaces has <mark>well defined optical elements or deformities</mark> for controlling the emitted light such that at least some of the light is redirected to pass through a liquid crystal display with low loss.<br><br>31. A light emitting assembly comprising at least a tray that forms a cavity or recess, at least one light source positioned within the cavity or recess, at least one film, sheet, plate or substrate positioned over the cavity or recess through which light from the light source is emitted, wherein 5 at least one surface of the film, sheet, plate or substrate has one or more reflective or refractive surfaces that are <mark>well defined optical elements or deformities</mark> for controlling the light output ray angle distribution of the light emitted to suit a particular application. |

---

[33] '194 patent, claims 1, 16, 31.

| No. | TERM | CLAIM |
|-----|------|-------|
| 15 | "optical elements or deformities of well defined shape"[34] | '194 patent<br><br>28. A light emitting assembly comprising at least one light source and at least one transparent film, sheet, plate or substrate having top and bottom surfaces, a plurality of optical elements or deformities of well defined shape on or in the top and bottom surfaces, at least some of the optical elements or deformities on or in at least one of the top and bottom surfaces having one or more reflective or refractive surfaces for controlling the emitted light such that at least some of the light is redirected to pass through a liquid crystal display with low loss. |
| 16 | "a pattern of deformities on one side of the sheet or film having a width and length that is quite small in relation to the width and length of the sheet or film"[35] | '547 patent<br><br>1. A backlight assembly comprising a light emitting member having at least one light emitting area that emits light that is internally reflected within the light emitting member, a separate transparent sheet or film overlying the light emitting area with an air gap therebetween, a pattern of deformities on one side of the sheet or film having a width and length that is quite small in relation to the width and length of the sheet or film, the deformities varying at different locations on the sheet or film to direct the light that is emitted by the, light emitting member in different directions to produce a desired light output distribution such that the light will pass through a liquid crystal display with low loss. |

---

| No. | TERM | CLAIM |
|-----|------|-------|
| 17 | "**pass through a liquid crystal display with low loss**"[36] | **'194 patent**<br><br>1. A light emitting assembly comprising at least a light emitting panel member having a light emitting surface, at least one light source, at least one film, sheet, plate or substrate positioned near the light emitting surface through which light from the panel member is emitted, and an air gap 25 between the film, sheet, plate or substrate and the panel member, wherein at least one surface of the film, sheet, plate or substrate has one or more reflective or refractive surfaces, and at least one of the reflective or refractive surfaces has well defined optical elements or deformities for controlling 30 the emitted light such that at least some of the light is redirected to pass through a liquid crystal display with low loss.<br><br>16. A light emitting assembly comprising at least a tray that forms a cavity or recess, at least one light source 10 positioned within the cavity or recess, at least one film, sheet, plate or substrate positioned over the cavity or recess through which light from the light source is emitted, wherein at least one surface of the film, sheet, plate or substrate has one or more reflective or refractive surfaces, and at least one 15 of the reflective or refractive surfaces has well defined optical elements or deformities for controlling the emitted light such that at least some of the light is redirected to pass through a liquid crystal display with low loss.<br><br>28. A light emitting assembly comprising at least one light source and at least one transparent film, sheet, plate or substrate having top and bottom surfaces, a plurality of optical elements or deformities of well defined shape on or 55 in the top and bottom surfaces, at least some of the optical elements or deformities on or in at least one of the top and bottom surfaces having one or more reflective or refractive surfaces for controlling the emitted light such that at least some of the light is redirected to pass through a liquid crystal 60 display with low loss. |

---

[36] '194 patent, claims 1, 16, 28; '370 patent, claims 1, 29; '547 patent, claim 1.

| No. | Term | Claim |
|-----|------|-------|
| | | **'370 patent** |
| | | **1**. A light emitting panel assembly comprising at least one light source, an optical panel member having at least one input edge for receiving light from the at least one light source, the panel member having front and back sides and a greater cross sectional width than thickness, both the front and back sides having a pattern of light extracting deformities that are projections or depressions on or in the sides to cause light to be emitted from the panel member in a predetermined output distribution, where the pattern of light extracting deformities on or in at least one of the sides varies along at least one of the length and width of the panel member and at least some of the light extracting deformities on or in one of the sides are of a different type than the light extracting deformities on or in the other side of the panel member, and at least one film, sheet or substrate overlying at least a portion of one of the sides of the panel member to change the output distribution of the emitted light such that the light will ==pass through a liquid crystal display with low loss.== |
| | | **29**. A light emitting panel assembly comprising at least one light source, an optical panel member having at least one input edge for receiving light from the at least one light source, the panel member having front and back sides and a greater cross sectional width than thickness, both the front and back sides having a pattern of light extracting deformities that are projections or depressions on or in the sides to cause light to be emitted from the panel member in a predetermined output distribution, where the pattern of light extracting deformities on or in at least one of the sides varies along at least one of the length and width of the panel member and at least some of the light extracting deformities on or in one of the sides vary in a different way or manner than the light extracting deformities on or in the other side of the panel member, and at least one film, sheet or substrate overlying at least a portion of one of the sides of the panel member to change the output distribution of the emitted light such that the light will ==pass through a liquid crystal display with low loss.== |

| No. | Term | Claim |
|-----|------|-------|
| | | **'547 patent**<br>**1.** A backlight assembly comprising a light emitting member having at least one light emitting area that emits light that is internally reflected within the light emitting member, a separate transparent sheet or film overlying the light emitting area with an air gap therebetween, a pattern of deformities on one side of the sheet or film having a width and length that is quite small in relation to the width and length of the sheet or film, the deformities varying at different locations on the sheet or film to direct the light that is emitted by the, light emitting member in different directions to produce a desired light output distribution such that the light will <mark>pass through a liquid crystal display with low loss</mark>. |
| 18 | **"to [suit/fit] a particular application"**[37] | **'194 patent**<br>**31.** A light emitting assembly comprising at least a tray that forms a cavity or recess, at least one light source positioned within the cavity or recess, at least one film, sheet, plate or substrate positioned over the cavity or recess through which light from the light source is emitted, wherein at least one surface of the film, sheet, plate or substrate has one or more reflective or refractive surfaces that are well defined optical elements or deformities for controlling the light output ray angle distribution of the light emitted <mark>to suit a particular application.</mark> |
| | | **'974 patent**<br>**5.** The assembly of claim **1** further comprising a film positioned near the light emitting surface of the panel member for changing the output ray angle distribution of the emitted light <mark>to fit a particular application.</mark> |
| | | **'177 patent**<br>**1.** A light emitting assembly comprising a tray having a back wall and continuous side walls that form a hollow cavity or recess completely surrounded by the side walls, at least one light source located, mounted or positioned in the cavity or recess, and at least one sheet, film or substrate overlying the assembly for controlling the light emitted from the assembly <mark>to fit a particular application,</mark> wherein the tray acts as at least one of a back, side edge, and end edge reflector and has one or more secondary flat, angled, faceted or curved reflective or refractive surfaces to redirect at least a portion of the light emitted by the light source in a predetermined manner within the cavity or recess.<br><br>**14.** The assembly of claim **1** wherein the at least one sheet, film or substrate has deformities for controlling the light output ray angle distribution <mark>to fit a particular application.</mark> |

[37] '194 patent, claim 31; '974 patent, claim 5; '177 patent, claims 1, 14, 15.

| No. | Term | Claim |
|---|---|---|
|  |  | 15. A light emitting assembly comprising a tray having a back wall and continuous side walls that form a hollow cavity or recess completely surrounded by the side walls, at least two light sources located, mounted or positioned in the cavity or recess, and at least one sheet, film or substrate overlying the assembly for controlling the light emitted from the assembly to fit a particular application, wherein the tray acts as at least one of a back, side edge and end edge reflector and has at least one secondary flat, angled, faceted or curved reflective or refractive surface to facilitate better mixing of light rays within the cavity or recess to produce a desired light output color or uniformity. |

Dated: July 14, 2014

Respectfully submitted,

*/s/ T. William Kennedy*

Jeffrey R. Bragalone (lead attorney)
Texas Bar No. 02855775
Patrick J. Conroy
Texas Bar No. 24012448
Justin B. Kimble
Texas Bar No. 24036909
T. William Kennedy, Jr.
Texas Bar No. 24055771
Daniel F. Olejko
Pennsylvania Bar No. 205512
**Bragalone Conroy PC**
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201
Tel: (214) 785-6670
Fax: (214) 785-6680
jbragalone@bcpc-law.com
pconroy@bcpc-law.com
jkimble@bcpc-law.com
bkennedy@bcpc-law.com
dolejko@bcpc-law.com

T. John Ward Jr.
Texas Bar No. 00794818
Claire Abernathy Henry
Texas Bar No. 24053063
**Ward & Smith Law Firm**
1127 Judson Road, Suite 220
Longview, TX 75601
Tel: (903) 757-6400
Fax: (903) 757.2323
jw@wsfirm.com
claire@wsfirm.com

Attorneys for Plaintiff
**INNOVATIVE DISPLAY
TECHNOLOGIES LLC**

*/s/Timothy C. Bickham*

**Timothy C. Bickham**
tbickham@steptoe.com
(*pro hac vice pending*)
**Scott M. Richey**
srichey@steptoe.com
(*pro hac vice pending*)
**STEPTOE & JOHNSON LLP**
1330 Connecticut Avenue, NW
Washington DC 20036
(202) 429-5517
(202) 429-3902 (fax)

**Jeffrey J. Cox**
jcox@hdbdlaw.com
State Bar No. 04947530
**Sean N. Hsu**
shsu@hdbdlaw.com
State Bar No. 24056952
**HARTLINE DACUS BARGER DREYER LLP**
6688 North Central Expressway, Suite 1000
Dallas, Texas 75206
(214) 369-2100
(214) 369-2118 (fax)

**ATTORNEYS FOR DEFENDANTS
HUAWEI DEVICE USA INC., HUAWEI
TECHNOLOGIES CO., LTD., AND HUAWEI
INVESTMENT AND HOLDING CO. LTD.**

*/s/ Kevin Jones*
Hsiang ("James") Lin
Kevin Jones
Michael C. Ting
**TECHKNOWLEDGE LAW GROUP LLP**
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
Tel: (650) 867-7776
Email: kjones@techknowledgelaw.com

Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
**Findlay Craft, LLP**
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
bcraft@findlaycraft.com

Attorneys for Defendants
**ACER INC. and ACER AMERICA**

*/s/ Richard A. Cederoth*
Harry L. Gillam, Jr.
Texas State Bar No. 07921800
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
gil@gillamsmithlaw.com

David T. Pritikin
dpritikin@sidley.com
Richard A. Cederoth
rcederoth@sidley.com
Douglas I. Lewis
dilewis@sidley.com
Ellen S. Robbins
erobbins@sidley.com

*/s/ Susan Baker Manning*
E. Leon Carter (Texas Bar No. 03914300)
lcarter@carterscholer.com
John S. Torkelson (Texas Bar No. 00795154)
jtorkelson@carterscholer.com
Joshua Bennett (Texas Bar No. 24059444)
jbennett@carterscholer.com
**CARTER SCHOLER ARNETT HAMADA & MOCKLER, PLLC**
8150 N. Central Expressway, Suite 1950
Dallas, Texas 75206
Telephone: 214.550.8188
Facsimile: 214.550.8185

Susan Baker Manning
(lead counsel, *pro hac vice*)
susan.manning@bingham.com

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, Illinois 60603<br>Telephone: 312-853-7000<br>Facsimile: 312-853-7036<br><br>Nabeel U. Khan<br>Texas State Bar No. 24074530<br>nkhan@sidley.com<br>SIDLEY AUSTIN LLP<br>2001 Ross Avenue, Suite 3600<br>Dallas, Texas 75201<br>Telephone: 214-981-3300<br>Facsimile: 214-981-3400<br><br>ATTORNEYS FOR DEFENDANT<br>MICROSOFT CORPORATION | John A. Polito (admitted to E.D. Tex.)<br>john.polito@bingham.com<br>Monica A. Hernandez (pro hac vice)<br>monica.hernandez@bingham.com<br>**BINGHAM McCUTCHEN LLP**<br>2020 K Street, NW<br>Washington, D.C. 20006-1806, U.S.A.<br>Telephone: 202.373.6000<br>Facsimile: 202.373.6001<br><br>Attorneys for Defendants BlackBerry<br>Limited and BlackBerry Corporation |
| */s/ Peter J. Chassman*<br>Peter J. Chassman<br>Texas Bar No. 00787233<br>Email: pchassman@winston.com<br>Phillip D. Price<br>Texas Bar No. 24060442<br>Email: pprice@winston.com<br>**Winston & Strawn LLP**<br>1111 Louisiana, 25th Floor<br>Houston, Texas 77002<br>Telephone: (713) 651-2600<br>Facsimile: (713) 651-2700<br><br>Kimball R. Anderson<br>lllinois Bar No. 00049980<br>Email: kanderson@winston.com<br>**Winston & Strawn LLP**<br>35 W. Wacker Drive<br>Chicago, lllinois 60601-9703<br>Telephone: (312) 558-5858<br>Facsimile: (312) 558-5700<br><br>Deron R. Dacus<br>Texas State Bar No. 00790553<br>Email: ddacus@dacusfirm.com<br>**The Dacus Firm, P.C.**<br>821 ESE Loop 323, Suite 430<br>Tyler, Texas 75701<br>Telephone: (903) 705-1117<br>Facsimile: (903) 705-1117 | */s/ Peter J. Wied*<br>Harry L. Gillam, Jr.<br>Texas State Bar No. 07921800<br>**GILLAM & SMITH, L.L.P.**<br>303 South Washington Avenue<br>Marshall, Texas 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br>gil@gillamsmithlaw.com<br><br>Terry D. Garnett<br>tgarnett@goodwinprocter.com<br>Peter J. Wied<br>pwied@goodwinprocter.com<br>**GOODWIN PROCTER LLP**<br>601 S Figueroa Street<br>41st Floor<br>Los Angeles, California 90017<br>Tel: 213.426.2500<br>Fax: 213.623.1673<br>Attorneys for Defendant<br>**HEWLETT-PACKARD COMPANY** |

| | |
|---|---|
| COUNSEL FOR DEFENDANT,<br>**DELL INC.** | |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 14th day of July, 2014, with a copy of this document via electronic mail pursuant to Local Rule CV-5(d).

*/s/ T. William Kennedy*