**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **INNOVATIVE DISPLAY TECHNOLOGIES LLC,** | § § § § | |
| *Plaintiff*, | § § | **CIVIL ACTION NO. 2:13-cv-522** |
| v. | § § | **LEAD CASE** |
| **ACER INC., ET AL.** | § § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § § § | |

## ORDER GRANTING AGREED MOTION TO EXTEND MEDIATION DEADLINE

Before the Court is Plaintiff Innovative Display Technologies, LLC's Agreed Motion to Extend the Mediation Deadline. Having considered the matter, the Court GRANTS the motion and extends the mediation deadline until September 24, 2014.