IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **INNOVATIVE DISPLAY TECHNOLOGIES LLC,** | § § § | |
| Plaintiff, | § § | C.A. No. 2:13-cv-522 (Consolidated – Lead Case) |
| v. | § § | JURY TRIAL DEMANDED |
| **ACER INC. AND ACER AMERICA CORP.,** | § § § | |
| Defendants. | § § | |

### ORDER TO DISMISS WITH PREDUJICE

The Court GRANTS Plaintiff Innovative Display Technologies LLC and Defendants Acer Inc. and Acer America Corp.'s ("Acer Defendants'") Joint Motion to Dismiss with Prejudice. All issues between Plaintiff and Acer Defendants in this lawsuit stand resolved. Under Federal Rule of Civil Procedure 41(a)(2), the Court dismisses Case No. 2:13-cv-522 against Defendants Acer Inc. and Acer America Corp. WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

The Court notes that Case No. 2:13-cv-522, while filed against only Acer Defendants, is the lead case for several other lawsuits that the Court consolidated for pretrial issues: Case Nos. 2:13-cv-523; -524; -525; -526; and -783. Dkt. No. 24. For purposes of preserving the consolidated action, Case No. 2:13-cv-522 shall remain open.

**So ORDERED and SIGNED this 27th day of August, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE