IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INNOVATIVE DISPLAY TECHNOLOGIES LLC § § § v. § § ACER, INC., ET AL. § | Case No. 2:13-CV-522-JRG-RSP |

## ORDER

Previously, the Court appointed David Keyzer as the technical advisor to the Court in this action with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed.  The Court has received Mr. Keyzer's invoice for services through July 31, 2014 in the amount of $22,292.20 and hereby **ORDERS** payment to be promptly made as follows:

Plaintiff: $11,146.10

Defendants: $11,146.10

Defendants are hereby ORDERED to appoint a lead counsel to collect payment from Defendants and to make a single payment to Mr. Keyzer on behalf of all Defendants.

**SIGNED this 28th day of August, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE