IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INNOVATIVE DISPLAY TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ACER INC., ET AL. <br><br> Defendants. | CIVIL ACTION NO. 2:13-CV-00522-JRG <br> **LEAD CASE**[1] <br><br> **JURY TRIAL DEMANDED** |

## JOINT NOTICE OF COMPLIANCE REGARDING SUBMISSION OF REPLY LETTER BRIEF

In compliance with the Court's Standing Order regarding Submission of Letter Briefs and the Docket Control Order of January 23, 2014 (Docket No. 37) ("Court's Order"), defendants Dell Inc. and Hewlett-Packard Company (collectively, "Defendants") file notice of their reply letter to the Court requesting permission to file a Motion for Summary Judgment of Invalidity for Indefiniteness and Written Description. A copy of the letter is attached as Exhibit 1.

DATED: November 10, 2014

Respectfully submitted,

 */s/ Jamie B. Beaber*
Jamie B. Beaber (D.C. Bar No. 484186)
Stephen E. Baskin (D.C. Bar No. 456015)
Kfir B. Levy (D.C. Bar No. 989212)
Tiffany A. Miller (D.C. Bar No. 982735)
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
Telephone:  (202) 263-3000
Facsimile:  (202) 263-3300
jbeaber@mayerbrown.com
sbaskin@mayerbrown.com
klevy@mayerbrown.com

---

[1] Case no. 2:13-cv-523-JRG and case no. 2:13-cv-524-JRG have been consolidated into this lead case.

        tmiller@mayerbrown.com

        Robert G. Pluta (Illinois Bar No 6278255)
        Amanda K. Streff (Illinois Bar No 6307105)
        MAYER BROWN LLP
        71 S. Wacker Drive
        Chicago, IL 60606
        Telephone: (312) 701-8641
        rpluta@mayerbrown.com
        astreff@mayerbrown.com

By: /s/ *Peter J. Chassman*
        Peter J. Chassman
        Texas Bar No. 00787233
        Email:  pchassman@winston.com
        Phillip D. Price
        Texas Bar No. 24060442
        Email:  pprice@winston.com
        WINSTON & STRAWN LLP
        1111 Louisiana, 25th Floor
        Houston, Texas 77002
        Telephone:  (713) 651-2600
        Facsimile:  (713) 651-2700

        Kimball R. Anderson
        Illinois Bar No. 00049980
        Email: kanderson@winston.com
        WINSTON & STRAWN LLP
        35 W. Wacker Drive
        Chicago, Illinois 60601-9703
        Telephone: (312) 558-5858
        Facsimile: (312) 558-5700

        Deron R. Dacus
        Texas State Bar No. 00790553
        Email: ddacus@dacusfirm.com
        THE DACUS FIRM, P.C.
        821 ESE Loop 323, Suite 430
        Tyler, Texas 75701
        Telephone: (903) 705-1117
        Facsimile: (903) 705-1117

By: /s/ *Peter J. Wied*
        Harry L. Gillam, Jr.
        Texas State Bar No. 07921800
        GILLAM & SMITH, L.L.P.

303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
gil@gillamsmithlaw.com

Terry D. Garnett
tgarnett@goodwinprocter.com
Peter J. Wied
pwied@goodwinprocter.com
GOODWIN PROCTER LLP
601 S Figueroa Street
41st Floor
Los Angeles, California 90017
Tel: 213.426.2500
Fax: 213.623.1673


**COUNSEL FOR DEFENDANTS,
DELL INC. AND HEWLETT-PACKARD
COMPANY**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document was served on the following attorneys of record via ECF and email on this tenth day of November, 2014:

Jeffrey R. Bragalone (lead attorney)
Patrick J. Conroy
Justin B. Kimble
T. William Kennedy, Jr.
Daniel F. Olejko
Bragalone Conroy PC
2200 Ross Avenue
Suite 4500W
Dallas, TX  75201
Tel: (214) 785-6670
Fax: (214) 785-6680
jbragalone@bcpc-law.com
pconroy@bcpc-law.com
jkimble@bcpc-law.com
bkennedy@bcpc-law.com
dolejko@bcpc-law.com

T. John Ward, Jr.
Claire Abernathy Henry
Ward & Smith Law Firm
1127 Judson Road, Suite 220
Longview, TX 75601
Tel: (903) 757-6400
Fax: (903) 757-2323
jw@wsfirm.com
claire@wsfirm.com

**COUNSEL FOR PLAINTIFF
INNOVATIVE DISPLAY TECHNOLOGIES**

By: /s/ *Robert G. Pluta*
Robert G. Pluta