# EXHIBIT 3

# MAYER·BROWN

Mayer Brown LLP
71 S. Wacker Drive.
Chicago, IL 60606

**Robert G. Pluta**
Direct Tel +1 312 701 8641
Direct Fax +1 312 706 8144
rpluta@mayerbrown.com

October 15, 2014

Via Electronic Transfer

Jeffrey R. Bragalone
Bragalone Conroy PC
Chase Tower
2200 Ross Avenue
Suite 4500 W
Dallas, TX 75201
jbragalone@bcpc-law.com

Re: *Innovative Display Technologies, LLC v. Acer Inc. et al.*, 2:13-cv-522-JRG (Lead Case)(EDTX)

Dear Jeff:

On behalf of Defendants in the above-captioned litigation, please find below credentials to access a production consisting of documents bearing bates numbers JD0008133 – JD0010525.

FTP credentials:

**URL**: https://transfer.fiosdiscovery.com/EFTClient/Account/Login.htm
(If you prefer to use an FTP client like Filezilla, the port is 22).
**Username**: Case4211Opp
**Password for FTP**: (9^8eDcM
**Password for zip file**: b:jtE&Z{M?dA7'E

Additionally, the prior art products listed at page 12 of Defendants' Amended Invalidity Contentions are available for inspection at Mayer Brown's New York office, located at 1675 Broadway, New York, NY 10019.

Sincerely,

Robert G. Pluta