# EXHIBIT 4

MAYER·BROWN

Mayer Brown LLP
71 S. Wacker Drive.
Chicago, IL 60606

**Robert G. Pluta**
Direct Tel +1 312 701 8641
Direct Fax +1 312 706 8144
rpluta@mayerbrown.com

October 27, 2014

Via Federal Express

Jeffrey R. Bragalone
Bragalone Conroy PC
Chase Tower
2200 Ross Avenue
Suite 4500 W
Dallas, TX 75201
jbragalone@bcpc-law.com

Re:   *Innovative Display Technologies, LLC v. Acer Inc. et al.*, 2:13-cv-522-JRG (Lead Case)(EDTX)

Dear Jeff:

On behalf of Defendants in the above-captioned litigation, please find on the enclosed hard-drive a production consisting of documents bearing bates numbers JD0011848 – JD0014543. Please let us know if you have any difficulty accessing these materials.

Sincerely,

Robert G. Pluta

Mayer Brown LLP operates in combination with other Mayer Brown entities with offices in Europe and Asia
and is associated with Tauil & Chequer Advogados, a Brazilian law partnership.