**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **INNOVATIVE DISPLAY TECHNOLOGIES LLC,** | § § § | |
| Plaintiff, | § § | **C.A. No. 2:13-cv-522** (Consolidated – Lead Case) |
| v. | § § | **JURY TRIAL DEMANDED** |
| **ACER INC. AND ACER AMERICA CORP.,** | § § § | |
| Defendants. | § § | |

**ORDER GRANTING PLAINITFF'S MOTION TO STRIKE OPINIONS OF DR. GILLESPIE RELYING ON NEW PRIOR ART**

Having considered the issues before it, the Court GRANTS Plaintiff's Motion to Strike Opinions of Dr. Gillespie Relying on New Prior Art.