**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| INNOVATIVE DISPLAY | § | |
| TECHNOLOGIES LLC | § | |
| | § | |
| v. | § | Case No. 2:13-CV-522-JRG-RSP |
| | § | |
| ACER, INC, ET AL. | § | |

## ORDER

For the reasons assigned during the Hearing in Open Court on March 10, 2015, and with the consent of counsel for all parties,

IT IS ORDERED that, in view of the settlement reached between Plaintiff and Defendants Dell Inc. and Hewlett-Packard Company, this action is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that this Court will retain jurisdiction over this matter to enforce the settlement agreement between these parties in the event that it is not consummated, and also that Plaintiff shall join with Defendants in a joint motion to dismiss with prejudice upon consummation of the funding by Defendants.

**SIGNED this 10th day of March, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE